UNITED STATES BANKRUPTCY COURT

Central District of Illinois

In Re: )
)
Lori L Izard-Torres ) Case No. (11-91806)
)

MOTION TO AVOID LIEN ON REAL PROPERTY
AND NOTICE OF OBJECTION DEADLINE

Lori L Izard-Torres hereby moves the Court to avoid the lien of County of Champaign on the following real property:

Lot 1315 B in Golfview Greens I Subdivision, as per plat recorded in Plat Book "CC" at page 87, situated in the Village of Rantoul in Champaign County, Illinois
PIN # 20-09-01-302-032
Commonly known as 1523 Fairway Drive, Rantoul, Illinois 61866

In support of the motion, Lori L Izard-Torres states the following:

1. Lori L Izard-Torres filed this case on February 12, 2014 – referred to as the "Petition Date".

2. County of Champaign obtained a Subordinate Mortgage which is a lien on the real property listed above on 10/14/2008

3. The value of the Property as of the Petition Date is ($45,000).

4. County of Champaign Lien is in the amount of $20,000

5. County of Champaign's statement shows a balance of $16,830.79

6. Real Property listed above was discharged in Bankruptcy Case – (11-91806).

7. The loan with the County of Champaign was discharged in Bankruptcy Case – (11-91806)

8. The other lien on the Property is as follows: Citiibank (South Dakota N.A.) in the approximate amount of 3246.29 plus costs

9. The liens Lori L Izard-Torres will be seeking to avoid by separately filed motions are as follows:
County of Champaign, Illinois - $20,000
Citibank (South Dakota N.A. ) - $3,246.29

10. Lori L Izard-Torres receives Social Security Disability and is considered low-income, a requirement of the Regional Planning Loan Program.

I declare under penalty and perjury, under laws of United States of America that the forgoing is true and correct. Executed on 2/12/2014

*Lori L Izard-Torres*

NOTICE IS GIVEN that any objection must be filled with the Bankruptcy Clerk within 21 days from date of service. Those not required or not permitted to file electronically must deliver any objection by U.S. Mail, courier, overnight/express mail or in person at:

US BANKRUPTCY COURT
Central District of Illinois
201 N. Vermillion Street
Danville, IL  61832

NOVAK WEAVER SOLBERG   must ensure delivery of the objection to Lori L Izard-Torres, filing the motion.  **If an objection is NOT timely filed, the requested relief may be granted.**

WHEREFORE,   Lori L Izard-Torres moves the Court to enter an order avoiding County of Champaign lien and granting such other relief as appropriate.

*Lori L. Izard-Torres*

CERTIFICATE OF SERVICE

I, Lori L Izard-Torres, hereby certify that on February 12, 2014 served copies of Motion to Avoid Lien on the following party by way of U.S. Mail:

NOVAK WEAVER SOLBERG
130 W Main
Urbana, IL  61801

*Lori L Izard-Torres*                                   2/12/14
Lori L Izard-Torres                                       Date