UNITED STATES BANKRUPTCY COURT

Central District of Illinois

In Re:                                )
                                      )
Lori L Izard-Torres                   )    Case No. (11-91806)
                                      )
                                      )

MOTION TO AVOID LIEN ON REAL PROPERTY
AND NOTICE OF OBJECTION DEADLINE

Lori L Izard-Torres hereby moves the Court to avoid the lien of Citibank (South Dakota N.A.) on the following real property:

Lot 1315 B in Golfview Greens I Subdivision, as per plat recorded in Plat Book "CC" at page 87, situated in the Village of Rantoul in Champaign County, Illinois
PIN # 20-09-01-302-032
Commonly known as 1523 Fairway Drive, Rantoul, Illinois 61866

In support of the motion, Lori L Izard-Torres states the following:

1. Lori L Izard-Torres filed this case on February 12, 2014 – referred to as the "Petition Date".

2. Citibank (South Dakota N.A.) obtained a Memo of Judgment which is a lien on the property listed above on 06/03/2011.

3. The value of the Property as of the Petition Date is ($45,000)

4. The real property listed above has no equity and/or negative equity.

5. The amount owed on the property listed above is $65,000.

6. Citibank (South Dakota N.A.) lien is in the approximate amount of $3,246.29 plus costs.

7. Real Property listed above was discharged in Bankruptcy Case – (11-91806).

8. The other lien on the Property is as follows: County of Champaign in the amount of $20,000.

9. The Judgment with Citibank (South Dakota N.A.) was discharged in Bankruptcy Case (11-91806)

10. The liens Lori L Izard-Torres will be seeking to avoid by separately filed motions are as follows:

    Citibank (South Dakota N.A.) - $3,246.29+ costs
    County of Champaign, Illinois - $20,000

11. Lori L Izard-Torres receives Social Security Disability and is considered low-income

I declare under penalty and perjury under the laws of United States of America that the forgoing is true and correct. Executed on 02/12/2014

*/s/ Lori L. Izard-Torres*
Lori L Izard-Torres

NOTICE IS GIVEN that any objection must be filed with the Bankruptcy Clerk within 21 days from date of service. Those not required or not permitted to file electronically must deliver any objection by U.S. Mail, courier, overnight/express mail or in person at:

US BANKRUPTCY COURT
Central District of Illinois
201 N. Vermillion Street
Danville, IL 61832

Blatt, Hasenmiller, Leibaker & Moore LLC must ensure delivery of the objection to Lori L Izard-Torres, filing the motion. **If an objection is NOT timely filed, the requested relief may be granted.**

WHEREFORE,   Lori L Izard-Torres moves the Court to enter an order avoiding Citibank (South Dalkota N.A.) lien and granting such other relief as appropriate.

*/s/ Lori L. Izard-Torres*
Lori L. Izard-Torres

CERTIFICATE OF SERVICE

I, Lori L Izard-Torres, hereby certify that on February 12, 2014 served copies of Motion to Avoid Lien on the following party by way of U.S. Mail:

Blatt, Hasenmiller, Leibsker & Moore LLC
211 Landmark Dr Suite C-1
Normal, Illinois 61761

*/s/ Lori L. Izard-Torres*                    2/12/14
Lori L Izard-Torres                              Date