UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

In re:                              )
                                    )
_____          )
Lori L Izard- Torres                )    Case No. 11-91806
        Debtor                      )
                                    )
_____          )
                                    )
Lori L Izard-Torres                 )
        Plaintiff                   )
                                    )
                                    )    Adv. Proc No. _____
        vs                          )
                                    )
_____          )
U.S. Department of Education        )
        Defendant

FILED 2014 FEB 12 PM 2:14
KHADIJA V. THOMAS, CLERK
U.S. BANKRUPTCY COURT
CENTRAL IL DISTRICT

COMPLAINT

COMPLAINT UNDER 523(a)8 OF THE BANKRUPTCY CODE TO
DETERMINE THE DISCHARGEABILITY OF STUDENT LOANS

1. Bankruptcy courts have jurisdiction over matters that are "related to" the bankruptcy. *In re Dinney*, 171 F,3d 1016, 1022 (5th Cir. 1999). A matter is "related to" a case under title 11 if the adversary proceeding's outcome may both (1) alter the rights, obligations, and choices of action of the debtor, and (2) have an effect on the administration of the estate." *In re Bass*, 171 F.3d 1016, 1022 (5th Cir. 1999).

Lori L Izard -Torres filed bankruptcy at the Central District of Illinois, U.S. Bankruptcy Court, Danville Division and was discharged on January 1, 2012. Judge Gerald D Fines was the Judge in case #11-91806 with Kristin Wilson as the Bankruptcy Trustee.

2. Lori L Izard -Torres does consent to the entry of final orders or judgment by the bankruptcy judge.

3. Plaintiff – Lori L Izard-Torres
   Defendant – U.S. Department of Education (5771677)
           U.S. Department of Education (5771678)

Lori L Izard-Torres had received student loans from U.S. Department of Education two different times. From 1993-1997 for a graduate degree and then again in 2007-2008 before withdrawing totally from school. Lori L Izard-Torres had received monies from the U.S. Department of Education to pursue graduate degrees. Unfortunate circumstances have forced Lori L Izard-Torres to have the status with the loans as in deferment, forbearance and/or zero balance based on income.

4. Lori L Izard-Torres believes she has grounds to ask the court to determine that the student loan debts dischargeable under 11 U S C 523 (a) 8 for the following reasons:

IRS Income Transcripts – 17 years of Tax Account Transcripts showing annual income from 1997-2013. A medical bankruptcy was discharged in June,2000 in Dallas, TX. – 3.00-bk-30933.

Social Security Disability – 1099 Printouts provide total amount for each year from 2003-present. 2011-2013 years tax filing was changed to "married filing jointly".

IRS/Social Security Disability- Federal Poverty Level (FPL) chart indicates the percentage of annual income compared to the Federal Poverty Level for each year. Total annual income from Social Security Disability and IRS transcripts defines an unstable work records and low income and/or not able to work at all for 17 years. Student Loans were either in deferment, forbearance or zero amount due based on income. Disability was diagnosed in the Spring of 1996 and became hospitalized the first time.

Edfinancial Services – Edfinancial is the organization servicing student loans for U.S. Department of Education. Account Summary by Edfinancial is included which provides total balance due of $76,333.90. Edfinancial statement provides a breakdown of individual loans by U.S. Department Education.

Eastern Illinois University – Transcript from semesters at Eastern Illinois University. Spring Semester of 1996 – unable lo attend graduate level courses for degree. During this time I was hospitalized with Bipolar Disorder. This was the first time I was hospitalized with mental illness. Spring Semester of 1997- Unable to attend graduate level courses. Again, I was hospitalized with mental illness. Summer of 2008-Withdrew from one class. Unable with disability to carry case load of 2 classes. Fall 2008-Withdrew completely from all courses and unable to return to school. Medical condition forced me to stop attending school.

Criminal Records- Jailed three times in Dallas, TX for Criminal Trespassing in a dillusional, hullicinating and incoherent state while on wrong prescribed medication. Three times within a year that I was released with no assistance for BiPolar issues. The third time, the psychiatrist stated I wasn't BiPolar, although I had several hospital stays. All three times I was in a serious medical condition. November 1, 2000 for 13 days. August 2, 2001 – October 12/2001 and January 2, 2002 for 23 days. I was not taken off this medicine until I returned to Illinois in 2003.

Medical Records- Medical Records from 1996-Present. Hospital stays and Dr. visits. This signifies the lack of ability to work on a regular basis or work at all through present.

5. Lori L Izard-Torres moves the court to release her of obligation to repay student loans.

*Lori L. Izard-Torres*
Lori L Izard-Torres
1523 Fairway Drive
Rantoul, IL 61866
(217) 841-7967
Izard.torres@yahoo.com