## IRS INCOME TRANSCRIPTS

- 17 Year of Tax Account Transcripts showing Annual Income (1997-2013)

- 2011 – 2013 years tax filing was changed to "married filing jointly"

## SOCIAL SECURITY DISABILITY

1099 Printouts provide total amount for each year from 2003-Present. Disability benefits began in January 2003.

## IRS/SOCIAL SECURITY DISABILITY

- Federal Poverty Level (FPL) – chart indicates the percentage of annual income compared to the Federal Poverty Level.

- Total annual income from Social Security Disability and IRS transcripts defines unstable, low income or not able to work for 17 years.

- Student Loans were either in deferment, forbearance or zero amount due based on income. Disability was diagnosed in the Spring of 1996 and became hospitalized the first time.

## IRS/SOCIAL SECURITY DISABILITY INCOME
### PERCENTAGE OF FEDERAL POVERTY LEVEL (FPL)

| Year | IRS INCOME | SSDI INCOME | TOTAL INCOME | % OF FPL | FED POV LEVEL |
|------|-----------|-------------|--------------|----------|---------------|
| 1997 | 9867 | | 9867 | 125% OF FPL | 7890 |
| 1998 | 17854 | | 17854 | 222% OF FPL | 8050 |
| 1999 | 17222 | | 17222 | 209% OF FPL | 8240 |
| 2000 | 16557 | | 16557 | 198% OF FPL | 8350 |
| 2001 | 8690 | | 8690 | 101% OF FPL | 8590 |
| 2002 | 5328 | | 5328 | 60% OF FPL | 8860 |
| 2003 | 7045 | 9141 | 16186 | 202% OF FPL | 8980 |
| 2004 | 1946 | 10188 | 11134 | 120% OF FPL | 9310 |
| 2005 | 0 | 10460 | 10460 | 109% OF FPL | 9570 |
| 2006 | 2357 | 10884 | 13241 | 135% OF FPL | 9800 |
| 2007 | 5759 | 11659 | 17137 | 167% OF FPL | 10210 |
| 2008 | 3464 | 11750 | 15118 | 145% OF FPL | 10400 |
| 2009 | 0 | 12324 | 12324 | 115% OF FPL | 10830 |
| 2010 | 0 | 12324 | 12324 | 85% OF FPL | 14570 |
| 2011 | 3778 | 12324 | 16102 | 110% OF FPL | 14710 |
| 2012 | 2331 | 12768 | 15099 | 100% OF FPL | 15130 |
| 2013 | 3356 | 12984 | 16340 | 105% OF FPL | 15510 |

**IRS/SOCIAL SECURITY DISABILITY INCOME**
**PERCENTAGE OF FEDERAL POVERTY LEVEL (FPL)**

| Year | IRS INCOME | SSDI INCOME | TOTAL INCOME | % OF FPL | FED POV LEVEL |
|------|-----------|-------------|--------------|----------|---------------|
| 1997 | 9867 | | | 9867 | 125% OF FPL | 7890 |
| 1998 | 17854 | | | 17854 | 222% OF FPL | 8050 |
| 1999 | 17222 | | | 17222 | 209% OF FPL | 8240 |
| 2000 | 16557 | | | 16557 | 198% OF FPL | 8350 |
| 2001 | 8690 | | | 8690 | 101% OF FPL | 8590 |
| 2002 | 5328 | | | 5328 | 60% OF FPL | 8860 |
| 2003 | 7045 | 9141 | | 16186 | 202% OF FPL | 8980 |
| 2004 | 1946 | 10188 | | 11134 | 120% OF FPL | 9310 |
| 2005 | 0 | 10460 | | 10460 | 109% OF FPL | 9570 |
| 2006 | 2357 | 10884 | | 13241 | 135% OF FPL | 9800 |
| 2007 | 5759 | 11659 | | 17137 | 167% OF FPL | 10210 |
| 2008 | 3464 | 11750 | | 15118 | 145% OF FPL | 10400 |
| 2009 | 0 | 12324 | | 12324 | 115% OF FPL | 10830 |
| 2010 | 0 | 12324 | | 12324 | 85% OF FPL | 14570 |
| 2011 | 3778 | 12324 | | 16102 | 110% OF FPL | 14710 |
| 2012 | 2331 | 12768 | | 15099 | 100% OF FPL | 15130 |
| 2013 | 3356 | 12984 | | 16340 | 105% OF FPL | 15510 |

# Internal Revenue Service
## United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 02-03-2014
Response Date: 02-03-2014
Tracking Number: 100181417757

## Account Transcript

FORM NUMBER: 1040        TAX PERIOD: Dec. 31, 1997

TAXPAYER IDENTIFICATION NUMBER:        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

019814

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:          0.00
ACCRUED INTEREST:         0.00      AS OF: Jun. 22, 1998
ACCRUED PENALTY:          0.00      AS OF: Jun. 22, 1998

ACCOUNT BALANCE
   PLUS ACCRUALS
   (this is not a
   payoff amount):       0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:              01
FILING STATUS:           ??MISSING??
ADJUSTED GROSS
   INCOME:             9,067.00
TAXABLE INCOME:        2,267.00
TAX PER RETURN:          339.00
SE TAXABLE INCOME
   TAXPAYER:             0.00
SE TAXABLE INCOME
   SPOUSE:               0.00
TOTAL SELF
   EMPLOYMENT TAX:       0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)  May  14, 1998
PROCESSING DATE                                              Jun. 08, 1998

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | Tax return filed 09221-136-17508-8 | 19982108 | 06-08-1998 | $339.00 |
| 806 | W-2 or 1099 withholding | | 04-15-1998 | -$637.00 |
| 768 | Earned income credit | | 04-15-1998 | -$53.00 |
| 846 | Refund issued | | 06-08-1998 | $351.00 |

This Product Contains Sensitive Taxpayer Data

# 🏛 Internal Revenue Service
### United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 02-03-2014
Response Date: 02-03-2014
Tracking Number: 100181417757

## Account Transcript

FORM NUMBER: 1040EZ          TAX PERIOD: Dec. 31, 1998

TAXPAYER IDENTIFICATION NUMBER:          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

019816          --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

```
ACCOUNT BALANCE:          0.00
ACCRUED INTEREST:         0.00          AS OF: Jul. 19, 1999
ACCRUED PENALTY:          0.00          AS OF: Jul. 19, 1999

ACCOUNT BALANCE
  PLUS ACCRUALS
  (this is not a
  payoff amount):        0.00
```

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

```
EXEMPTIONS:               01
FILING STATUS:            ??MISSING??
ADJUSTED GROSS
  INCOME:                 17,854.00
TAXABLE INCOME:           10,904.00
TAX PER RETURN:           1,639.00
SE TAXABLE INCOME
  TAXPAYER:               0.00
SE TAXABLE INCOME
  SPOUSE:                 0.00
TOTAL SELF
  EMPLOYMENT TAX:         0.00
```

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)   Jun. 14, 1999
PROCESSING DATE                                                 Jul. 19, 1999

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| 150 | Tax return filed 09207-170-00212-9 | 19992708 | 07-19-1999 | $1,639.00 |
| 806 | W-2 or 1099 withholding | | 04-15-1999 | -$1,749.28 |
| 846 | Refund issued | | 07-19-1999 | $110.28 |

This Product Contains Sensitive Taxpayer Data

# Internal Revenue Service
### United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 02-03-2014
Response Date: 02-03-2014
Tracking Number: 100181417757

### Account Transcript

FORM NUMBER: 1040EZ          TAX PERIOD: Dec. 31, 1999

TAXPAYER IDENTIFICATION NUMBER:          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

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

```
ACCOUNT BALANCE:          0.00
ACCRUED INTEREST:         0.00          AS OF: Mar. 06, 2000
ACCRUED PENALTY:          0.00          AS OF: Mar. 06, 2000

ACCOUNT BALANCE
   PLUS ACCRUALS
   (this is not a
   payoff amount):       0.00
```

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

```
EXEMPTIONS:               01
FILING STATUS:            ??MISSING??
ADJUSTED GROSS
   INCOME:                17,222.00
TAXABLE INCOME:           10,172.00
TAX PER RETURN:           1,526.00
SE TAXABLE INCOME
   TAXPAYER:              0.00
SE TAXABLE INCOME
   SPOUSE:                0.00
TOTAL SELF
   EMPLOYMENT TAX:        0.00
```

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)  Apr. 15, 2000
PROCESSING DATE                                               Mar. 06, 2000

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | Tax return filed<br>18207-043-52597-0 | 20000808 | 03-06-2000 | $1,526.00 |
| 806 | W-2 or 1099 withholding | | 04-15-2000 | -$1,929.58 |
| 846 | Refund issued | | 03-06-2000 | $403.58 |

This Product Contains Sensitive Taxpayer Data

# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 02-03-2014
Response Date: 02-03-2014
Tracking Number: 100181417757

Account Transcript

FORM NUMBER: 1040EZ          TAX PERIOD: Dec. 31, 2000

TAXPAYER IDENTIFICATION NUMBER:          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

LORI LOUISE IZARD

019812

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:          0.00
ACCRUED INTEREST:          0.00          AS OF: Jun. 23, 2008
ACCRUED PENALTY:          0.00          AS OF: Jun. 23, 2008

ACCOUNT BALANCE
   PLUS ACCRUALS
   (this is not a
   payoff amount):          0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:          01
FILING STATUS:          Single
ADJUSTED GROSS
   INCOME:          16,557.00
TAXABLE INCOME:          9,357.00
TAX PER RETURN:          1,406.00
SE TAXABLE INCOME
   TAXPAYER:          0.00
SE TAXABLE INCOME
   SPOUSE:          0.00
TOTAL SELF
   EMPLOYMENT TAX:          0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)  Jul. 03, 2001
PROCESSING DATE                                               Aug. 06, 2001

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | Tax return filed<br>18207-188-19122-1 | 20013008 | 08-06-2001 | $1,406.00 |
| 806 | W-2 or 1099 withholding | | 04-15-2001 | -$2,054.01 |
| 846 | Refund issued | | 08-06-2001 | $648.01 |
| 766 | Tax relief credit | | 08-20-2001 | -$300.00 |
| 290 | Additional tax assessed<br>18254-999-05099-1 | 20013208 | 08-20-2001 | $0.00 |
| 846 | Refund issued | | 08-20-2001 | $300.00 |
| 740 | Undelivered refund returned to IRS | | 08-06-2001 | -$648.01 |
| 740 | Undelivered refund returned to IRS | | 08-20-2001 | -$300.00 |
| 846 | Refund issued | | 10-29-2001 | $948.01 |
| 898 | Refund applied to non-IRS debt: | | 10-29-2001 | $0.00 |

$138.75

This Product Contains Sensitive Taxpayer Data

# Internal Revenue Service
## United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 02-03-2014
Response Date: 02-03-2014
Tracking Number: 100181417757

Account Transcript

FORM NUMBER: 1040EZ          TAX PERIOD: Dec. 31, 2001

TAXPAYER IDENTIFICATION NUMBER:          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

LORI LOUISE IZARD

019813

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:          0.00
ACCRUED INTEREST:         0.00          AS OF: Jul. 15, 2002
ACCRUED PENALTY:          0.00          AS OF: Jul. 15, 2002

ACCOUNT BALANCE
  PLUS ACCRUALS
  (this is not a
  payoff amount):        0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:               01
FILING STATUS:            Single
ADJUSTED GROSS
  INCOME:                 8,690.00
TAXABLE INCOME:           1,240.00
TAX PER RETURN:           0.00
SE TAXABLE INCOME
  TAXPAYER:               0.00
SE TAXABLE INCOME
  SPOUSE:                 0.00
TOTAL SELF
  EMPLOYMENT TAX:         0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)  Apr. 15, 2002
PROCESSING DATE                                               Apr. 08, 2002

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | Tax return filed<br>18207-061-55586-2 | 20021308 | 04-08-2002 | $186.00 |
| 806 | W-2 or 1099 withholding | | 04-15-2002 | -$349.00 |
| 768 | Earned income credit | | 04-15-2002 | -$243.00 |
| 846 | Refund issued | | 04-08-2002 | $406.00 |
| 765 | Reduced or removed earned income credit | | 04-15-2002 | $87.00 |
| 290 | Additional tax assessed<br>18254-494-77014-2 | 20021508 | 04-22-2002 | $0.00 |
| 841 | Refund cancelled | | 04-08-2002 | -$406.00 |
| 290 | Additional tax assessed<br>18254-494-05023-2 | 20021908 | 05-20-2002 | $0.00 |
| 846 | Refund issued | | 05-20-2002 | $319.00 |

# Internal Revenue Service
## United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 02-03-2014
Response Date: 02-03-2014
Tracking Number: 100181417757

Account Transcript

FORM NUMBER: 1040EZ            TAX PERIOD: Dec. 31, 2002

TAXPAYER IDENTIFICATION NUMBER:        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

LORI L IZARD

019815

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

```
ACCOUNT BALANCE:          0.00
ACCRUED INTEREST:         0.00        AS OF: Jun. 23, 2008
ACCRUED PENALTY:          0.00        AS OF: Jun. 23, 2008

ACCOUNT BALANCE
   PLUS ACCRUALS
   (this is not a
   payoff amount):       0.00
```

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

```
EXEMPTIONS:               01
FILING STATUS:            Single
ADJUSTED GROSS
   INCOME:                5,328.00
TAXABLE INCOME:           0.00
TAX PER RETURN:           0.00
SE TAXABLE INCOME
   TAXPAYER:              0.00
SE TAXABLE INCOME
   SPOUSE:                0.00
TOTAL SELF
   EMPLOYMENT TAX:        0.00
```

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) Apr. 15, 2003
PROCESSING DATE                                              Mar. 17, 2003

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | Tax return filed<br>76207-055-22382-3 | 20031008 | 03-17-2003 | $0.00 |
| 806 | W-2 or 1099 withholding | | 04-15-2003 | -$243.00 |
| 768 | Earned income credit | | 04-15-2003 | -$197.00 |
| 846 | Refund issued | | 03-17-2003 | $440.00 |
| 976 | Duplicate return filed<br>18207-067-40798-3 | | 04-15-2003 | $0.00 |
| 290 | Additional tax assessed<br>18254-514-07002-3 | 20031808 | 05-12-2003 | $0.00 |
| 971 | Amended tax return or claim<br>forwarded for processing | | 03-27-2004 | $0.00 |
| 977 | Amended return filed<br>18277-504-00520-4 | | 03-27-2004 | $0.00 |

Tracking Number: 100181417757

290  Denied either claim made on Form     20042108 06-07-2004           $0.00
     843 or request for removal of penalt
     y
     18254-539-99029-4

This Product Contains Sensitive Taxpayer Data

*** REC 2014023  125948 HA8E1AE0 FSXW  CIPQYAG   PQAG  (F-FSX ) ***

1099  DTE:01/23/14  SSN:3~. ~~ ~~~6         DOC:501 UNIT:BWB      PG: 001

         +++++FORM SSA-1099 - SOCIAL SECURITY BENEFIT STATEMENT - 2004+++++
    +PART OF YOUR SOCIAL SECURITY BENEFITS MAY BE TAXABLE INCOME FOR 2004.
    +USE $ 10188.00 FROM BOX 5 BELOW WITH IRS NOTICE 703 TO SEE IF ANY PART
     OF YOUR BENEFITS MAY BE TAXABLE ON YOUR FEDERAL INCOME TAX RETURN.
    +ALSO SEE ATTACHED GENERAL INFORMATION.

BOX 1. NAME-LORI L IZARD-TORRES
BOX 2. BENEFICIARY SOCIAL SECURITY NUMBER-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 (SEE BOX 8 BELOW)
BOX 3. BENEFITS FOR 2004- $ 10188.00 (SEE DESCRIPTION OF AMOUNT IN BOX 3 BELOW)
BOX 4. BENEFITS REPAID TO SSA IN 2004-NONE
              (SEE DESCRIPTION OF AMOUNT IN BOX 4 BELOW)
BOX 5. NET BENEFITS (BOX 3 MINUS BOX 4) FOR 2004-$ 10188.00
BOX 6. VOLUNTARY FEDERAL INCOME TAX WITHHELD-NONE
BOX 7. ADDRESS-LORI L IZARD-TORRES     1523 FAIRWAY DR
              RANTOUL IL 61866-3541
BOX 8. CLAIM NUMBER-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A  (USE THIS NUMBER IF YOU NEED TO CONTACT SSA)

+++DESCRIPTION OF AMOUNT IN BOX 3+++
ADD:
PAID BY CHECK OR DIRECT DEPOSIT---------------------------------$ 10188.00
MEDICARE PART B------------------------------------------------$     0.00
MEDICARE PART C------------------------------------------------$     0.00
MEDICARE PART D------------------------------------------------$     0.00
WORKERS COMPENSATION OFFSET------------------------------------$     0.00
DEDUCTIONS FOR WORK OR OTHER ADJUSTMENTS-----------------------$     0.00
PAID TO ANOTHER FAMILY MEMBER----------------------------------$     0.00
ATTORNEY FEES--------------------------------------------------$     0.00
VOLUNTARY FEDERAL INCOME TAX WITHHELD--------------------------$     0.00
BENEFIT PAYMENT OFFSET - TREASURY------------------------------$     0.00
                                  TOTAL ADDITIONS-$ 10188.00
SUBTRACT:
NONTAXABLE PAYMENTS--------------------------------------------$     0.00
AMOUNTS FOR OTHER FAMILY MEMBERS PAID TO YOU-------------------$     0.00
                               TOTAL SUBTRACTIONS-$     0.00
              BENEFITS FOR 2004 (AMOUNT SHOWN IN BOX 3)-$ 10188.00

+++DESCRIPTION OF AMOUNT IN BOX 4+++
ADD:
CHECKS RETURNED TO SSA-----------------------------------------$     0.00
DEDUCTIONS FOR WORK OR OTHER ADJUSTMENTS-----------------------$     0.00
OTHER REPAYMENTS-----------------------------------------------$     0.00
              BENEFITS REPAID TO SSA IN 2004 (AMOUNT SHOWN IN BOX 4)-$     0.00

 **Internal Revenue Service**
United States Department of the Treasury

---

This Product Contains Sensitive Taxpayer Data

# Account Transcript

|  |  |
|---|---|
| Request Date: | 01-13-2014 |
| Response Date: | 01-13-2014 |
| Tracking Number: | 100179556321 |

FORM NUMBER:     1040EZ

TAX PERIOD:      Dec. 31, 2004

TAXPAYER IDENTIFICATION NUMBER:   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

LORI L IZARD

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                 0.00

ACCRUED INTEREST:                0.00     AS OF: Jun. 23, 2008

ACCRUED PENALTY:                 0.00     AS OF: Jun. 23, 2008

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):   0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                       01

FILING STATUS:                    Single

ADJUSTED GROSS INCOME:         1,946.00

TAXABLE INCOME:                   0.00

TAX PER RETURN:                   0.00

SE TAXABLE INCOME TAXPAYER:       0.00

SE TAXABLE INCOME SPOUSE:         0.00

TOTAL SELF EMPLOYMENT TAX:        0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)   Apr. 15, 2005

PROCESSING DATE                                               Apr. 11, 2005

---

| TRANSACTIONS | | | |
|---|---|---|---|
| **CODE EXPLANATION OF TRANSACTION** | **CYCLE** | **DATE** | **AMOUNT** |
| 150   Tax return filed | 20051308 | 04-11-2005 | $0.00 |

| n/a | 09207-078-46774-5 | | |
|-----|-------------------|--|--|
| 806 | W-2 or 1099 withholding | 04-15-2005 | -$101.13 |
| 768 | Earned income credit | 04-15-2005 | -$147.00 |
| 846 | Refund issued | 04-11-2005 | $248.13 |

This Product Contains Sensitive Taxpayer Data

*** REC 2014023   130000 HA8E1AE0 FSXW   CIPQYAG   PQAG   (F-FSX )   ***

1099   DTE:01/23/14   SSN:        46        DOC:501 UNIT:BWB      PG: 001

```
        +++++FORM SSA-1099 - SOCIAL SECURITY BENEFIT STATEMENT - 2005+++++
     +PART OF YOUR SOCIAL SECURITY BENEFITS MAY BE TAXABLE INCOME FOR 2005.
     +USE $ 10460.80 FROM BOX 5 BELOW WITH IRS NOTICE 703 TO SEE IF ANY PART
      OF YOUR BENEFITS MAY BE TAXABLE ON YOUR FEDERAL INCOME TAX RETURN.
     +ALSO SEE ATTACHED GENERAL INFORMATION.
```

BOX 1. NAME-LORI L IZARD-TORRES
BOX 2. BENEFICIARY SOCIAL SECURITY NUMBER-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 (SEE BOX 8 BELOW)
BOX 3. BENEFITS FOR 2005- $ 10460.80 (SEE DESCRIPTION OF AMOUNT IN BOX 3 BELOW)
BOX 4. BENEFITS REPAID TO SSA IN 2005-NONE
           (SEE DESCRIPTION OF AMOUNT IN BOX 4 BELOW)
BOX 5. NET BENEFITS (BOX 3 MINUS BOX 4) FOR 2005-$ 10460.80
BOX 6. VOLUNTARY FEDERAL INCOME TAX WITHHELD-NONE
BOX 7. ADDRESS-LORI L IZARD-TORRES      1523 FAIRWAY DR
               RANTOUL IL 61866-3541
BOX 8. CLAIM NUMBER-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A  (USE THIS NUMBER IF YOU NEED TO CONTACT SSA)

+++DESCRIPTION OF AMOUNT IN BOX 3+++
ADD:
```
PAID BY CHECK OR DIRECT DEPOSIT----------------------------------$ 10304.40
MEDICARE PART B-------------------------------------------------$   312.80
MEDICARE PART C-------------------------------------------------$     0.00
MEDICARE PART D-------------------------------------------------$     0.00
WORKERS COMPENSATION OFFSET-------------------------------------$     0.00
DEDUCTIONS FOR WORK OR OTHER ADJUSTMENTS------------------------$     0.00
PAID TO ANOTHER FAMILY MEMBER----------------------------------$     0.00
ATTORNEY FEES--------------------------------------------------$     0.00
VOLUNTARY FEDERAL INCOME TAX WITHHELD--------------------------$     0.00
BENEFIT PAYMENT OFFSET - TREASURY------------------------------$     0.00
                              TOTAL ADDITIONS-$ 10617.20
SUBTRACT:
NONTAXABLE PAYMENTS--------------------------------------------$   156.40
AMOUNTS FOR OTHER FAMILY MEMBERS PAID TO YOU-------------------$     0.00
                            TOTAL SUBTRACTIONS-$   156.40
              BENEFITS FOR 2005 (AMOUNT SHOWN IN BOX 3)-$ 10460.80
```

+++DESCRIPTION OF AMOUNT IN BOX 4+++
ADD:
```
CHECKS RETURNED TO SSA-----------------------------------------$     0.00
DEDUCTIONS FOR WORK OR OTHER ADJUSTMENTS-----------------------$     0.00
OTHER REPAYMENTS-----------------------------------------------$     0.00
          BENEFITS REPAID TO SSA IN 2005 (AMOUNT SHOWN IN BOX 4)-$     0.00
```

```
***   REC 2014023   130009 HA8E1AE0 FSXW  CIPQYAG   PQAG   (F-FSX )   ***


1099   DTE:01/23/14  SSN:    -1946          DOC:501 UNIT:BWB     PG: 001

      +++++FORM SSA-1099 - SOCIAL SECURITY BENEFIT STATEMENT - 2006+++++
 +PART OF YOUR SOCIAL SECURITY BENEFITS MAY BE TAXABLE INCOME FOR 2006.
 +USE $ 10884.00 FROM BOX 5 BELOW WITH IRS NOTICE 703 TO SEE IF ANY PART
  OF YOUR BENEFITS MAY BE TAXABLE ON YOUR FEDERAL INCOME TAX RETURN.
 +ALSO SEE ATTACHED GENERAL INFORMATION.


BOX 1. NAME-LORI L IZARD-TORRES
BOX 2. BENEFICIARY SOCIAL SECURITY NUMBER-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 (SEE BOX 8 BELOW)
BOX 3. BENEFITS FOR 2006- $ 10884.00 (SEE DESCRIPTION OF AMOUNT IN BOX 3 BELOW)
BOX 4. BENEFITS REPAID TO SSA IN 2006-NONE
        (SEE DESCRIPTION OF AMOUNT IN BOX 4 BELOW)
BOX 5. NET BENEFITS (BOX 3 MINUS BOX 4) FOR 2006-$ 10884.00
BOX 6. VOLUNTARY FEDERAL INCOME TAX WITHHELD-NONE
BOX 7. ADDRESS-LORI L IZARD-TORRES     1523 FAIRWAY DR
               RANTOUL IL 61866-3541
BOX 8. CLAIM NUMBER-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A  (USE THIS NUMBER IF YOU NEED TO CONTACT SSA)

+++DESCRIPTION OF AMOUNT IN BOX 3+++
ADD:
PAID BY CHECK OR DIRECT DEPOSIT---------------------------------$ 10884.00
MEDICARE PART B------------------------------------------------$     0.00
MEDICARE PART C------------------------------------------------$     0.00
MEDICARE PART D------------------------------------------------$     0.00
WORKERS COMPENSATION OFFSET------------------------------------$     0.00
DEDUCTIONS FOR WORK OR OTHER ADJUSTMENTS-----------------------$     0.00
PAID TO ANOTHER FAMILY MEMBER----------------------------------$     0.00
ATTORNEY FEES--------------------------------------------------$     0.00
VOLUNTARY FEDERAL INCOME TAX WITHHELD--------------------------$     0.00
BENEFIT PAYMENT OFFSET - TREASURY------------------------------$     0.00
                               TOTAL ADDITIONS-$ 10884.00
SUBTRACT:
NONTAXABLE PAYMENTS--------------------------------------------$     0.00
AMOUNTS FOR OTHER FAMILY MEMBERS PAID TO YOU-------------------$     0.00
                          TOTAL SUBTRACTIONS-$     0.00
              BENEFITS FOR 2006 (AMOUNT SHOWN IN BOX 3)-$ 10884.00

+++DESCRIPTION OF AMOUNT IN BOX 4+++
ADD:
CHECKS RETURNED TO SSA-----------------------------------------$     0.00
DEDUCTIONS FOR WORK OR OTHER ADJUSTMENTS-----------------------$     0.00
OTHER REPAYMENTS-----------------------------------------------$     0.00
          BENEFITS REPAID TO SSA IN 2006 (AMOUNT SHOWN IN BOX 4)-$   0.00
```


# Internal Revenue Service
United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
|---|

# Account Transcript

|  | Request Date: | 01-13-2014 |
|---|---|---|
|  | Response Date: | 01-13-2014 |
|  | Tracking Number: | 100179556321 |

FORM NUMBER:    1040EZ

TAX PERIOD:    Dec. 31, 2005

TAXPAYER IDENTIFICATION NUMBER:    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

LORI L IZARD

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                     0.00

ACCRUED INTEREST:                    0.00    AS OF: Jun. 23, 2008

ACCRUED PENALTY:                     0.00    AS OF: Jun. 23, 2008


ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):       0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                          01

FILING STATUS:                       Single

ADJUSTED GROSS INCOME:               2,357.00

TAXABLE INCOME:                      0.00

TAX PER RETURN:                      0.00

SE TAXABLE INCOME TAXPAYER:          0.00

SE TAXABLE INCOME SPOUSE:            0.00

TOTAL SELF EMPLOYMENT TAX:           0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)    Apr. 15, 2006

PROCESSING DATE                                                 Feb. 20, 2006

| TRANSACTIONS |
|---|

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20060608 | 02-20-2006 | $0.00 |

| n/a | 09207-021-23640-6 | | |
|-----|-------------------------|--------------|-----------|
| 806 | W-2 or 1099 withholding | 04-15-2006 | -$124.22 |
| 768 | Earned income credit | 04-15-2006 | -$182.00 |
| 846 | Refund issued | 02-20-2006 | $306.22 |

**This Product Contains Sensitive Taxpayer Data**

*** REC 2014023  130017 HA8E1AE0 FSXW  CIPQYAG   PQAG   (F-FSX )  ***


1099  DTE:01/23/14  SSN:3    6-1946        DOC:501 UNIT:BWB      PG: 001

        +++++FORM SSA-1099 - SOCIAL SECURITY BENEFIT STATEMENT - 2007+++++
    +PART OF YOUR SOCIAL SECURITY BENEFITS MAY BE TAXABLE INCOME FOR 2007.
    +USE $ 11378.50 FROM BOX 5 BELOW WITH IRS NOTICE 703 TO SEE IF ANY PART
     OF YOUR BENEFITS MAY BE TAXABLE ON YOUR FEDERAL INCOME TAX RETURN.
    +ALSO SEE ATTACHED GENERAL INFORMATION.

BOX 1. NAME-LORI L IZARD-TORRES
BOX 2. BENEFICIARY SOCIAL SECURITY NUMBER-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 (SEE BOX 8 BELOW)
BOX 3. BENEFITS FOR 2007- $ 11378.50 (SEE DESCRIPTION OF AMOUNT IN BOX 3 BELOW)
BOX 4. BENEFITS REPAID TO SSA IN 2007-NONE
        (SEE DESCRIPTION OF AMOUNT IN BOX 4 BELOW)
BOX 5. NET BENEFITS (BOX 3 MINUS BOX 4) FOR 2007-$ 11378.50
BOX 6. VOLUNTARY FEDERAL INCOME TAX WITHHELD-NONE
BOX 7. ADDRESS-LORI L IZARD-TORRES      1523 FAIRWAY DR
            RANTOUL IL 61866-3541
BOX 8. CLAIM NUMBER-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A  (USE THIS NUMBER IF YOU NEED TO CONTACT SSA)

+++DESCRIPTION OF AMOUNT IN BOX 3+++
ADD:
PAID BY CHECK OR DIRECT DEPOSIT---------------------------------$ 10884.50
MEDICARE PART B-------------------------------------------------$   654.50
MEDICARE PART C-------------------------------------------------$     0.00
MEDICARE PART D-------------------------------------------------$     0.00
WORKERS COMPENSATION OFFSET-------------------------------------$     0.00
DEDUCTIONS FOR WORK OR OTHER ADJUSTMENTS------------------------$   120.00
PAID TO ANOTHER FAMILY MEMBER----------------------------------$     0.00
ATTORNEY FEES--------------------------------------------------$     0.00
VOLUNTARY FEDERAL INCOME TAX WITHHELD--------------------------$     0.00
BENEFIT PAYMENT OFFSET - TREASURY-----------------------------$     0.00
                              TOTAL ADDITIONS-$ 11659.00
SUBTRACT:
NONTAXABLE PAYMENTS--------------------------------------------$   280.50
AMOUNTS FOR OTHER FAMILY MEMBERS PAID TO YOU-------------------$     0.00
                             TOTAL SUBTRACTIONS-$   280.50
            BENEFITS FOR 2007 (AMOUNT SHOWN IN BOX 3)-$ 11378.50

+++DESCRIPTION OF AMOUNT IN BOX 4+++
ADD:
CHECKS RETURNED TO SSA----------------------------------------$     0.00
DEDUCTIONS FOR WORK OR OTHER ADJUSTMENTS----------------------$     0.00
OTHER REPAYMENTS---------------------------------------------$     0.00
          BENEFITS REPAID TO SSA IN 2007 (AMOUNT SHOWN IN BOX 4)-$   0.00



# Internal Revenue Service
United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

# Account Transcript

|  |  |
|---|---|
| Request Date: | 01-13-2014 |
| Response Date: | 01-13-2014 |
| Tracking Number: | 100179556321 |

FORM NUMBER:      1040

TAX PERIOD:       Dec. 31, 2006

TAXPAYER IDENTIFICATION NUMBER:   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

LORI L IZARD

### --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF: Jun. 23, 2008 |
| ACCRUED PENALTY: | 0.00 | AS OF: Jun. 23, 2008 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):      0.00

### ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| EXEMPTIONS: | 01 |
| FILING STATUS: | Single |
| ADJUSTED GROSS INCOME: | 14,209.00 |
| TAXABLE INCOME: | 5,759.00 |
| TAX PER RETURN: | 578.00 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 0.00 |

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)      Apr. 15, 2007
PROCESSING DATE                                                   Feb. 19, 2007

```
                              TRANSACTIONS
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20070608 | 02-19-2007 | $578.00 |

| n/a | 16221-032-04441-7 | | |
|-----|-------------------------|------------|-------------|
| 806 | W-2 or 1099 withholding | 04-15-2007 | -$1,123.00 |
| 846 | Refund issued           | 02-19-2007 | $545.00 |

This Product Contains Sensitive Taxpayer Data

*** REC 2014023   130025 HA8E1AE0 FSXW  CIPQYAG   PQAG   (F-FSX )   ***

1099  DTE:01/23/14  SSN:               DOC:501 UNIT:BWB     PG: 001

        +++++FORM SSA-1099 - SOCIAL SECURITY BENEFIT STATEMENT - 2008+++++
    +PART OF YOUR SOCIAL SECURITY BENEFITS MAY BE TAXABLE INCOME FOR 2008.
    +USE $ 11654.00 FROM BOX 5 BELOW WITH IRS NOTICE 703 TO SEE IF ANY PART
     OF YOUR BENEFITS MAY BE TAXABLE ON YOUR FEDERAL INCOME TAX RETURN.
    +ALSO SEE ATTACHED GENERAL INFORMATION.

BOX 1. NAME-LORI L IZARD-TORRES
BOX 2. BENEFICIARY SOCIAL SECURITY NUMBER-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 (SEE BOX 8 BELOW)
BOX 3. BENEFITS FOR 2008- $ 11654.00 (SEE DESCRIPTION OF AMOUNT IN BOX 3 BELOW)
BOX 4. BENEFITS REPAID TO SSA IN 2008-NONE
        (SEE DESCRIPTION OF AMOUNT IN BOX 4 BELOW)
BOX 5. NET BENEFITS (BOX 3 MINUS BOX 4) FOR 2008-$ 11654.00
BOX 6. VOLUNTARY FEDERAL INCOME TAX WITHHELD-NONE
BOX 7. ADDRESS-LORI L IZARD-TORRES      1523 FAIRWAY DR
              RANTOUL IL 61866-3541
BOX 8. CLAIM NUMBER-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A  (USE THIS NUMBER IF YOU NEED TO CONTACT SSA)

+++DESCRIPTION OF AMOUNT IN BOX 3+++
ADD:
PAID BY CHECK OR DIRECT DEPOSIT---------------------------------$ 11075.60
MEDICARE PART B------------------------------------------------$   674.80
MEDICARE PART C------------------------------------------------$     0.00
MEDICARE PART D------------------------------------------------$     0.00
WORKERS COMPENSATION OFFSET------------------------------------$     0.00
DEDUCTIONS FOR WORK OR OTHER ADJUSTMENTS-----------------------$     0.00
PAID TO ANOTHER FAMILY MEMBER---------------------------------$     0.00
ATTORNEY FEES-------------------------------------------------$     0.00
VOLUNTARY FEDERAL INCOME TAX WITHHELD-------------------------$     0.00
BENEFIT PAYMENT OFFSET - TREASURY----------------------------$     0.00
                              TOTAL ADDITIONS-$ 11750.40
SUBTRACT:
NONTAXABLE PAYMENTS-------------------------------------------$    96.40
AMOUNTS FOR OTHER FAMILY MEMBERS PAID TO YOU-----------------$     0.00
                            TOTAL SUBTRACTIONS-$    96.40
              BENEFITS FOR 2008 (AMOUNT SHOWN IN BOX 3)-$ 11654.00

+++DESCRIPTION OF AMOUNT IN BOX 4+++
ADD:
CHECKS RETURNED TO SSA----------------------------------------$     0.00
DEDUCTIONS FOR WORK OR OTHER ADJUSTMENTS-----------------------$     0.00
OTHER REPAYMENTS----------------------------------------------$     0.00
          BENEFITS REPAID TO SSA IN 2008 (AMOUNT SHOWN IN BOX 4)-$     0.00

 **Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Account Transcript

|  |  |
|---|---|
| Request Date: | 01-13-2014 |
| Response Date: | 01-13-2014 |
| Tracking Number: | 100179556321 |

FORM NUMBER:     1040

TAX PERIOD:      Dec. 31, 2007

TAXPAYER IDENTIFICATION NUMBER:   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

LORI L IZARD

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| ACCOUNT BALANCE: | 0.00 | |
|---|---|---|
| ACCRUED INTEREST: | 0.00 | AS OF: Sep. 01, 2008 |
| ACCRUED PENALTY: | 0.00 | AS OF: Sep. 01, 2008 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):      0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| EXEMPTIONS: | 01 |
|---|---|
| FILING STATUS: | Single |
| ADJUSTED GROSS INCOME: | 3,464.00 |
| TAXABLE INCOME: | 0.00 |
| TAX PER RETURN: | 0.00 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 0.00 |

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)    Apr. 15, 2008

PROCESSING DATE                                                Feb. 25, 2008

| TRANSACTIONS |
|---|

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20080708 | 02-25-2008 | $0.00 |

1/13/2014

| n/a | 70211-035-55712-8 | | |
|---|---|---|---|
| 806 | W-2 or 1099 withholding | 04-15-2008 | -$160.00 |
| 768 | Earned income credit | 04-15-2008 | -$235.00 |
| 846 | Refund issued | 02-25-2008 | $395.00 |
| 766 | Credit to your account | 05-19-2008 | -$300.00 |
| 290 | Additional tax assessed | 20081908 05-19-2008 | $0.00 |
| n/a | 70254-999-05099-8 | | |
| 846 | Refund issued | 05-19-2008 | $300.00 |
| 971 | Amended tax return or claim forwarded for processing | 04-21-2008 | $0.00 |
| 977 | Amended return filed | 04-21-2008 | $0.00 |
| n/a | 09277-551-03938-8 | | |
| 971 | Amended return sent back to originator | 08-06-2008 | $0.00 |

This Product Contains Sensitive Taxpayer Data

1/13/2014

```
***   REC 2014023   130033 HA8E1AE0 FSXW  CIPQYAG    PQAG   (F-FSX )   ***


1099   DTE:01/23/14  SSN:341 -- --              DOC:501 UNIT:BWB    PG: 001

        +++++FORM SSA-1099 - SOCIAL SECURITY BENEFIT STATEMENT - 2009+++++
    +PART OF YOUR SOCIAL SECURITY BENEFITS MAY BE TAXABLE INCOME FOR 2009.
    +USE $ 12324.00 FROM BOX 5 BELOW WITH IRS NOTICE 703 TO SEE IF ANY PART
     OF YOUR BENEFITS MAY BE TAXABLE ON YOUR FEDERAL INCOME TAX RETURN.
    +ALSO SEE ATTACHED GENERAL INFORMATION.


BOX 1. NAME-LORI L IZARD-TORRES
BOX 2. BENEFICIARY SOCIAL SECURITY NUMBER-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 (SEE BOX 8 BELOW)
BOX 3. BENEFITS FOR 2009- $ 12324.00 (SEE DESCRIPTION OF AMOUNT IN BOX 3 BELOW)
BOX 4. BENEFITS REPAID TO SSA IN 2009-NONE
            (SEE DESCRIPTION OF AMOUNT IN BOX 4 BELOW)
BOX 5. NET BENEFITS (BOX 3 MINUS BOX 4) FOR 2009-$ 12324.00
BOX 6. VOLUNTARY FEDERAL INCOME TAX WITHHELD-NONE
BOX 7. ADDRESS-LORI L IZARD-TORRES       1523 FAIRWAY DR
            RANTOUL IL 61866-3541
BOX 8. CLAIM NUMBER-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A  (USE THIS NUMBER IF YOU NEED TO CONTACT SSA)


+++DESCRIPTION OF AMOUNT IN BOX 3+++
ADD:
PAID BY CHECK OR DIRECT DEPOSIT----------------------------------$ 12324.00
MEDICARE PART B-------------------------------------------------$     0.00
MEDICARE PART C-------------------------------------------------$     0.00
MEDICARE PART D-------------------------------------------------$     0.00
WORKERS COMPENSATION OFFSET-------------------------------------$     0.00
DEDUCTIONS FOR WORK OR OTHER ADJUSTMENTS------------------------$     0.00
PAID TO ANOTHER FAMILY MEMBER----------------------------------$     0.00
ATTORNEY FEES--------------------------------------------------$     0.00
VOLUNTARY FEDERAL INCOME TAX WITHHELD--------------------------$     0.00
BENEFIT PAYMENT OFFSET - TREASURY------------------------------$     0.00
                                 TOTAL ADDITIONS-$ 12324.00
SUBTRACT:
NONTAXABLE PAYMENTS---------------------------------------------$     0.00
AMOUNTS FOR OTHER FAMILY MEMBERS PAID TO YOU--------------------$     0.00
                             TOTAL SUBTRACTIONS-$     0.00
               BENEFITS FOR 2009 (AMOUNT SHOWN IN BOX 3)-$ 12324.00


+++DESCRIPTION OF AMOUNT IN BOX 4+++
ADD:
CHECKS RETURNED TO SSA-----------------------------------------$     0.00
DEDUCTIONS FOR WORK OR OTHER ADJUSTMENTS------------------------$     0.00
OTHER REPAYMENTS-----------------------------------------------$     0.00
            BENEFITS REPAID TO SSA IN 2009 (AMOUNT SHOWN IN BOX 4)-$  0.00
```

    ***   REC 2014023   130041 HA8E1AE0 FSXW  CIPQYAG   PQAG   (F-FSX )   ***


1099   DTE:01/23/14  SSN:                    DOC:501 UNIT:BWB     PG: 001

        +++++FORM SSA-1099 - SOCIAL SECURITY BENEFIT STATEMENT - 2010+++++
    +PART OF YOUR SOCIAL SECURITY BENEFITS MAY BE TAXABLE INCOME FOR 2010.
    +USE $ 12324.00 FROM BOX 5 BELOW WITH IRS NOTICE 703 TO SEE IF ANY PART
     OF YOUR BENEFITS MAY BE TAXABLE ON YOUR FEDERAL INCOME TAX RETURN.
    +ALSO SEE ATTACHED GENERAL INFORMATION.

BOX 1. NAME-LORI L IZARD-TORRES
BOX 2. BENEFICIARY SOCIAL SECURITY NUMBER-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 (SEE BOX 8 BELOW)
BOX 3. BENEFITS FOR 2010- $ 12324.00 (SEE DESCRIPTION OF AMOUNT IN BOX 3 BELOW)
BOX 4. BENEFITS REPAID TO SSA IN 2010-NONE
            (SEE DESCRIPTION OF AMOUNT IN BOX 4 BELOW)
BOX 5. NET BENEFITS (BOX 3 MINUS BOX 4) FOR 2010-$ 12324.00
BOX 6. VOLUNTARY FEDERAL INCOME TAX WITHHELD-NONE
BOX 7. ADDRESS-LORI L IZARD-TORRES     1523 FAIRWAY DR
            RANTOUL IL 61866-3541
BOX 8. CLAIM NUMBER-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A  (USE THIS NUMBER IF YOU NEED TO CONTACT SSA)

+++DESCRIPTION OF AMOUNT IN BOX 3+++
ADD:
PAID BY CHECK OR DIRECT DEPOSIT---------------------------------$ 12324.00
MEDICARE PART B------------------------------------------------$    0.00
MEDICARE PART C------------------------------------------------$    0.00
MEDICARE PART D------------------------------------------------$    0.00
WORKERS COMPENSATION OFFSET-----------------------------------$    0.00
DEDUCTIONS FOR WORK OR OTHER ADJUSTMENTS-----------------------$    0.00
PAID TO ANOTHER FAMILY MEMBER---------------------------------$    0.00
ATTORNEY FEES-------------------------------------------------$    0.00
VOLUNTARY FEDERAL INCOME TAX WITHHELD--------------------------$    0.00
BENEFIT PAYMENT OFFSET - TREASURY-----------------------------$    0.00
                              TOTAL ADDITIONS-$ 12324.00
SUBTRACT:
NONTAXABLE PAYMENTS-------------------------------------------$    0.00
AMOUNTS FOR OTHER FAMILY MEMBERS PAID TO YOU--------------------$    0.00
                          TOTAL SUBTRACTIONS-$    0.00
             BENEFITS FOR 2010 (AMOUNT SHOWN IN BOX 3)-$ 12324.00

+++DESCRIPTION OF AMOUNT IN BOX 4+++
ADD:
CHECKS RETURNED TO SSA----------------------------------------$    0.00
DEDUCTIONS FOR WORK OR OTHER ADJUSTMENTS-----------------------$    0.00
OTHER REPAYMENTS----------------------------------------------$    0.00
          BENEFITS REPAID TO SSA IN 2010 (AMOUNT SHOWN IN BOX 4)-$    0.00

```
    ***   REC 2014023   130049 HA8E1AE0 FSXW  CIPQYAG   PQAG   (F-FSX )   ***


1099   DTE:01/23/14  SSN:_        ___.__        DOC:501 UNIT:BWB    PG: 001


         +++++FORM SSA-1099 - SOCIAL SECURITY BENEFIT STATEMENT - 2011+++++
    +PART OF YOUR SOCIAL SECURITY BENEFITS MAY BE TAXABLE INCOME FOR 2011.
    +USE $ 12268.76 FROM BOX 5 BELOW WITH IRS NOTICE 703 TO SEE IF ANY PART
     OF YOUR BENEFITS MAY BE TAXABLE ON YOUR FEDERAL INCOME TAX RETURN.
     +ALSO SEE ATTACHED GENERAL INFORMATION.


BOX 1.  NAME-LORI L IZARD-TORRES
BOX 2.  BENEFICIARY SOCIAL SECURITY NUMBER-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 (SEE BOX 8 BELOW)
BOX 3.  BENEFITS FOR 2011- $ 12324.00 (SEE DESCRIPTION OF AMOUNT IN BOX 3 BELOW)
BOX 4.  BENEFITS REPAID TO SSA IN 2011-$     55.24
          (SEE DESCRIPTION OF AMOUNT IN BOX 4 BELOW)
BOX 5.  NET BENEFITS (BOX 3 MINUS BOX 4) FOR 2011-$ 12268.76
BOX 6.  VOLUNTARY FEDERAL INCOME TAX WITHHELD-NONE
BOX 7.  ADDRESS-LORI L IZARD-TORRES     1523 FAIRWAY DR
              RANTOUL IL 61866-3541
BOX 8.  CLAIM NUMBER-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A  (USE THIS NUMBER IF YOU NEED TO CONTACT SSA)


+++DESCRIPTION OF AMOUNT IN BOX 3+++
ADD:
PAID BY CHECK OR DIRECT DEPOSIT----------------------------------$ 11034.56
MEDICARE PART B-------------------------------------------------$     0.00
MEDICARE PART C-------------------------------------------------$     0.00
MEDICARE PART D-------------------------------------------------$     0.00
WORKERS COMPENSATION OFFSET-------------------------------------$     0.00
DEDUCTIONS FOR WORK OR OTHER ADJUSTMENTS------------------------$   673.24
PAID TO ANOTHER FAMILY MEMBER----------------------------------$     0.00
ATTORNEY FEES--------------------------------------------------$     0.00
VOLUNTARY FEDERAL INCOME TAX WITHHELD--------------------------$     0.00
BENEFIT PAYMENT OFFSET - TREASURY------------------------------$   616.20
                                  TOTAL ADDITIONS-$ 12324.00
SUBTRACT:
NONTAXABLE PAYMENTS---------------------------------------------$     0.00
AMOUNTS FOR OTHER FAMILY MEMBERS PAID TO YOU--------------------$     0.00
                                TOTAL SUBTRACTIONS-$     0.00
                  BENEFITS FOR 2011 (AMOUNT SHOWN IN BOX 3)-$ 12324.00


+++DESCRIPTION OF AMOUNT IN BOX 4+++
ADD:
CHECKS RETURNED TO SSA------------------------------------------$     0.00
DEDUCTIONS FOR WORK OR OTHER ADJUSTMENTS------------------------$    55.24
OTHER REPAYMENTS-----------------------------------------------$     0.00
              BENEFITS REPAID TO SSA IN 2011 (AMOUNT SHOWN IN BOX 4)-$    55.24
```



# Internal Revenue Service
United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
|---|

# Account Transcript

|  |  |
|---|---|
| Request Date: | 01-13-2014 |
| Response Date: | 01-13-2014 |
| Tracking Number: | 100179556321 |

FORM NUMBER:        1040

TAX PERIOD:        Dec. 31, 2010

TAXPAYER IDENTIFICATION NUMBER:        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

SPOUSE TAXPAYER IDENTIFICATION NUMBER:    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

IRAN TORRES & LORI L IZARD-TORRES

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF: Dec. 23, 2013 |
| ACCRUED PENALTY: | 0.00 | AS OF: Dec. 23, 2013 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):        0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 02 |
| FILING STATUS: | Married Filing Joint |
| ADJUSTED GROSS INCOME: | 7,008.00 |
| TAXABLE INCOME: | 0.00 |
| TAX PER RETURN: | 578.00 |
| SE TAXABLE INCOME TAXPAYER: | 3,778.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 578.00 |

| | |
|---|---|
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Apr. 15, 2011 |
| PROCESSING DATE | May  09, 2011 |

| TRANSACTIONS |
|---|

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|

| 150 | Tax return filed | 20111708 05-09-2011 | $578.00 |
| n/a | 70221-108-57551-1 | | |
| 766 | Credit to your account | 04-15-2011 | -$273.00 |
| 768 | Earned income credit | 04-15-2011 | -$335.00 |
| 846 | Refund issued | 05-09-2011 | $30.00 |
| 898 | Refund applied to non-IRS debt:<br>$30.00 | 05-09-2011 | $0.00 |

This Product Contains Sensitive Taxpayer Data