Transferred from Parkland Hospital to Timberlawn Psychiatric Hospital on 12/12/99.  Discharged
12/15/99 for treatment of Bipolar Disorder.

Timberlawn Mental Health System
4600 Samuel Blvd
Dallas, TX  75228
(214) 381-7181

**MEDICAL RECORDS ARE PAST 10 YEARS OLD.  RECORDS HAVE BEEN DISCARDED.**

# DALLAS COUNTY HOSPITAL DISTRICT
## EMERGENCY DEPARTMENT ADMISSION

| ADMIT DATE | ADMIT TIME | | | | | | | | ER MD | SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/17/99 | 05:08 | | | | | | | | 10653 | 4100 |

**PATIENT**

| NAME | LAST | FIRST | MIDDLE | MAIDEN | | ACCOUNT # | | VR # |
|---|---|---|---|---|---|---|---|---|
| IZARD, LORI | | | | | | 000131775470 | | 000002127329 |

| ADDRESS | | APT # | CITY | | STATE | ZIP | | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 242 W ROCHELLE RD | | 712 | IRVING | | TX | 75062 - 5703 | | 057 |

| PHONE | BIRTH DAY | AGE | SEX | RACE | MAR STAT | SOC SEC # | REFERRING PHYSICIAN OR MEDICAL FACILITY | ARR MEANS | CRIME VIC/WIT | POLICE NOTIF |
|---|---|---|---|---|---|---|---|---|---|---|
| 972-570-4348 | 09/30/959 | 040 | F | WH | S | 6 | | PO | | |

| AMBULANCE # | TYPE | LOCATION OF ACCIDENT | | ACCIDENT DATE | ACC TIME |
|---|---|---|---|---|---|
| DPD | | | | | |

**EMPLOYER**

| EMPLOYER | EMPLOYER ADDRESS |
|---|---|
| POMERNTZ | |

| EMPLOYER CITY | STATE | ZIP | EMPLOYER PHONE | EXT | WRK REL |
|---|---|---|---|---|---|
| | | - | 972-652-6821 | | |

**GUARANTOR**

| GUARANTOR'S NAME | GUARANTOR'S ADDRESS | APT # |
|---|---|---|
| IZARD, LORI | 242 W ROCHELLE RD | 712 |

| GUARANTOR'S CITY | STATE | ZIP | PHONE - HOME |
|---|---|---|---|
| IRVING | TX | 75062 - 5703 | 972-570-4348 |

| GUARANTOR'S EMPLOYER | PHONE - BUSINESS | RELATIONSHIP TO PATIENT |
|---|---|---|
| POMERNTZ | 972-652-6821 | SELF |

**NEXT OF KIN**

| NEXT OF KIN | NEXT OF KIN - ADDRESS | PHONE - HOME |
|---|---|---|
| IZARD, RON | | 217-586-5198 |

| NEXT OF KIN - CITY | STATE | ZIP | RELATIONSHIP TO PATIENT | PHONE - BUSINESS |
|---|---|---|---|---|
| | | | FATHER | |

**CONTACT**

| LOCAL CONTACT | LOCAL CONTACT ADDRESS | PHONE - HOME |
|---|---|---|
| NONE, NONE | | |

| LOCAL CONTACT - CITY | STATE | ZIP | RELATIONSHIP TO PATIENT | PHONE - BUSINESS |
|---|---|---|---|---|
| | | - | NOE | |

**INSURANCE**

| INSURANCE COMPANY | CO/PLN | GROUP NAME | GROUP # | PLAN CODE |
|---|---|---|---|---|
| NORTHSTAR | 48/002 | N / A | N / A | N/A |

| EFFECTIVE DATE | NAME OF INSURED | I.D. # | AUTHORIZATION # | CERT DATE |
|---|---|---|---|---|
| / / | IZARD, LORI | A1111593 | N / A | |

**DX**

| PROBLEM/CHIEF COMPLAINT | COND | S1 | S2 | S3 | LAST DC DATE | FNI CLS | ADM BY |
|---|---|---|---|---|---|---|---|
| APPOW | 2 | | | | | 48 | SRB |

## CONSENT FOR TREATMENT/RELEASE OF RESPONSIBILITY FOR VALUABLES

I grant permission to the medical staff of the Dallas County Hospital District to perform any medical or surgical treatment and to administer such anesthetics and/or drugs as may be deemed necessary in the diagnosis and treatment of said patient. Futhermore I state that all patient information is true and correct to my personal knowledge. I also release the Dallas County Hospital District from all responsibility for any valuables and personal articles that are not checked in by the hospital staff.

SIGNED: _296.80_____  RELATIONSHIP IF OTHER THAN PATIENT IS SIGNING: _____

WITNESS: _84 12-21-99_____  TIME: _____

## LEAVING AGAINST MEDICAL ADVISE

I am the responsible party and am removing the patient, _____ . from the Dallas County Hospital District and I hereby assume any and all responsibility for accident and illness attending or following the above named patient's discharge from the above named institution. I acknowledge liability for all incurred expenses, including all Emergency Room fees.

SIGNED: _____  RELATIONSHIP IF A MINOR: _____

MD SIGNATURE: _____  DATE: _____  TIME: _____

## TEMPORARY ABSENCE RELEASE

I have obtained permission from the attending physician to be absent from the Emergency Dept. for my convenience from:

TIME: _____  DATE: _____  to  TIME: _____  DATE: _____

I assume all responsibility for the named patient, during this temporary absence and hereby release the Dallas County Hospital District, its employees and the attending physician from all responsibility during this absence and for my or the patient's condition as a result thereof.

SIGNED: _____  RELATIONSHIP IF A MINOR: _____

MD SIGNATURE: _____  DATE: _____  TIME: _____

FORM 580002 REV 12/91  O:  I:  E:

MEDICAL RECORD  CodeRite

PARKLAND HEALTH & HOSPITAL SYSTEM
Dallas, Texas

EMERGENCY SERVICES DEPARTMENT
PHYSICIAN REPORT

```
02 12 73 29  E  48
IZARD, LORI
0131775470 XD 12/17/99
     /     WH  F  4456  4100
   -  -1940              48
                         01
```

Izard

**ALLERGIES:** NKDA        **DATE:** 12/17/99

**COMPLAINT:** 40 yo WF

**INITIAL PHYSICIAN:**        **TIME SEEN:** 0449

| | Time: | Resp. |
|---|---|---|
| | Pulse | Temp. |
| | BP | O₂-Sat |

APDWN; called police stating that her tv and radio are monitoring devices placed by Illinois Geographic Society "intense force of this has made me manic"

↓Hx/ bipolar - Recently hospitalized at TLH for mania d/c "a couple days ago"

PMH/ denies

SAH x/ denies

SocHx/ lives alone in apartment Δ. unemployed

FHx/ denies

MSE/ AO x 3 heavy makeup
personal speech
↓ sleep
⊕ FOI
⊕ Delusions (grandiose, paranoid)
⊖ SI/HI

A/P
① Psychosis
R/o mania

treat ē Stelazine and Ativan.
✓ Li level/tox
✓ collateral Hx

**MEDS**
Lithium 600 BID
Haldol

12/12 LABS
137 102 4 98    17 17 21
3.3 23 0.7      Ast Ad 66T

TSH 2.3  Li < 0.2  tox⊖  CBC-WNL

Re-evaluation/Time _____

| Teaching Physician | ☐ Written in conjunction with H.O. note |
|---|---|
| | ☐ Nursing Notes Reviewed   ☐ Seen & Examined |
| | ☐ Seen with H.O.   ☐ Based on above reviews and my personal exam, I confirm the findings as recorded. |

Comments: _____

CC/HPI: _____

| ROS | | |
|---|---|---|
| ✓ Normal | Circle Abno | |
| Gen | Musc | |
| HEENT | Skin | |
| Pulm | Heme | |
| CV | Endo | |
| GI | ID | |
| Gu | Imun | |
| Neuro | Rheum | |

PMH / PSH: _____

ABNORM ROS: _____

SH / FH: _____

PE: _____

| CONSULT / ADMIT SERVICES | | |
|---|---|---|
| SERVICE | TIME CALLED | TIME IN DEPT. |
| | | |
| | | |
| | | |

**DIAGNOSIS 1** Bipolar Mania ē psychotic fx

**DIAGNOSIS 2**

**DIAGNOSIS 3**

**DISPOSITION MD NAME:** Flynn MD

**DISPOSITION MD SIGNATURE/ID#:**

**FACULTY SIGNATURE:**

Data Reviewed: ☐ Lab  ☐ EKG  ☐ Radiographs  ☐ Old Chart

IMP: _____

PLAN: _____

☐ Medical Decision Making Supervised and Approved.

PS 2229 Revised 7/27/98  RTB        WHITE — MEDICAL RECORDS        YELLOW — BILLING        PINK—FILE

005

**DALLAS COUNTY HOSPITAL DISTRICT**

**DALLAS, TEXAS**

02  12  73  29  ε  48
12ARC  LO•1
D 317754 70 AD 12/17/99
30/959 WH  F  4456  4:00
55-1906  BR
553  C I

**EMERGENCY ROOM RECORD**

**CONTINUATION**

| NAME: | Last | Izand | First | | Middle |
|---|---|---|---|---|---|

| Emergency Room Number: | | Date | 12/17/99 |
|---|---|---|---|

| Time Ordered | Medications and Treatments (continued) |
|---|---|
| 0540 | Past Ψ Hx: dx c̄ bipolar ~ 3 yrs ago hospitalized once in IL. |
| | SA Hx denies |
| | PMH : denies |
| | Social |
| | Has been living in Texas since 7/99. Lived in Illinois (Champaign) prior to this. States that one of the reasons for leaving is to get away currently works contract human resources (on a temp basis) |
| | Pt reports that she is engaged to a man is IL and plans to return there soon |
| | |
| | FORMULATION    40 yo WF with 3 yr h/o bipolar disorder presents in psychotic and manic state two days after being d/c from TLH, she may benefit from adding Depakote or Tegretol for mood stabilization. |
| | will medicate now c̄ antipsychotic and reassess later for possible hospitalization |

from Geological Society

FORM NO. 55090 (REV. 2/77)

006

MEDICAL RECORDS

**DALLAS COUNTY HOSPITAL DISTRICT**

**DALLAS, TEXAS**

**EMERGENCY ROOM RECORD**

**CONTINUATION**

02 12 73 29 E 48

0131775470 AD 12/17/99

F 4456

_Izard_

| NAME: | Last | First | Middle |
|---|---|---|---|

Emergency Room Number:      Date 12/17/99

| Time Ordered | Medications and Treatments (continued) |
|---|---|
| 1120 (cont) | Axis I Bipolar; manic with psychotic features |
| | II deferred |
| | III none known |
| | IV marriage ups + coming bankruptcy, job loss, Ø social support. |
| | V GAF 20 |
| | _[signature]_ MD 5/627 |
| 1305 | Spoke c̄ David, Magellan Care for preauthorization of hospitalization at TLH. Authorized TLH for 12/17/99 - 12/21/99. |
| | _A. All Frey_ PMH Metro Care Liaison |
| 1415 | PE: Gen 31 y/o WF in NAD, quite drowsy following Ativan. HEENT: NC/AT / EOMI / PERRL / pink + clr nasals + mouth Ø LAD. CHEST: ♡ RRR s̄ Ⓜ; LUNGS CTA Ⓑ ABD: S/NT/ND + BS Neuro: CN II-XII grossly intact. strength 5/5 |
| | _C. Sawyer_, M4 _[signature]_ M D 5/62 |

006

FORM NO. 55090 (REV. 2/77)

**DALLAS COUNTY HOSPITAL DISTRICT**

**DALLAS, TEXAS**

**EMERGENCY ROOM RECORD**

**CONTINUATION**

02 12 73 29 ε 48
IZARD, LORI
0131715470 AD 12/17/99
9/3/1959 WH   F 4456   4100
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              48
RSI                      01

Izard

| NAME: | Last | First | Middle |
|-------|------|-------|--------|

**Emergency Room Number:** _____   Date 12/17/99

| Time Ordered | Medications and Treatments (continued) |
|--------------|----------------------------------------|
| 1320 | Pt somnolent post remedicating |
| | Stelazine 5mg Ativan 1mg. |
| | Pt in need of hospitalization |
| | as is manic c psychotic features |
| | and in need of hospitalization |
| | for stabilization. |
| | ___ MD |
| | 5627 |
| 1510 | Pt in day room NAD |
| | awaiting transfer to TLH |
| | ___ MD |
| | 5627 |

**006**

FORM NO. 55090 (REV. 2/77)

**MEDICAL RECORDS**

# Parkland Health & Hospital System

MR # 4127329          Sex: Female          DOB: 09/30/1959
Name: **Izard, Lori**
Phone:

**5201 Harry Hines Blvd.**          **Emergency Services Dept.**
**Dallas, Tx 75235**          214-590-8000
          Assessment Sheet

Address: , , 75062
Room #: Psych Dayroom APOW   Account # 131775470          Age: 40

---

Complaint: **Manic Phase Of Bipolar Disorder**
Arrival Date/Time: **04:46 12/17/1999**
Arrived by: **Police**
Mobility: **Ambulatory**
EM Faculty: **Unassigned,**
Accompanied By: **Police, Officer**

Acuity: **2 - Emergent**
Insurance: **North Star**
Amb/Helicopter:
Referring Facility:
Resident: **Unassigned,**

Complaint Code: **Psychological/Psychiatric**
Treatment PTA:

Triage Nurse: **Johnson, RN 18021, Judy R**

Past Medical Hx: **-None**
Tetanus History: **NA**
Social History:
Weights:
LMP Date: **NA**

## Medications

| Medication | Dosage | Freq | Prescribing Phys | Started |
|------------|--------|------|------------------|---------|
| Lithium | 600 mg. | BID | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Allergy

| Allergy | Allergic Reaction |
|---------|-------------------|
| *No Known Allergies | |
| | |
| | |
| | |
| | |
| | |
| | |

## Vital Signs

| Inits | Time | Temp | Blood Pressure | Pulse | Resp |
|-------|------|------|----------------|-------|------|
| JJ | 05:01 | 36.0 T | 132/77 Automatic,Sitting,Right Arm | 81 | 22 |
| MB | 07:05 | 36.4 T | 110/78 Automatic,Standing,Right Arm | 79 | 18 |
| MB | 14:24 | 36.4 T | 133/78 Automatic,Standing,Left Arm | 90 | 18 |
| EA | 16:12 | 36.2 T | 123/76 Automatic,Sitting,Left Arm | 77 | 18 |
| | | | | | |
| | | | | | |
| | | | | | |

| Pain | | Pulse Ox. | Pupils | | | Glasgow Coma | |
|------|------|-----------|--------|--------|--------|--------------|-------|
| Time | Scale | Time  % | Time | L(mm) | R(mm) | Time | Score |

## Disposition Information

Primary Diagnosis:
Secondary Diagnosis:
Disposition:          Family Notification:
Report Called By:          Report Given To:
Prescriptions:
Discharge Instructions:
Disability Statement:
Follow-up Care:          Appt Date/Time:
Discharge Time: **17:00 12/17/1999**

| Initials | Name | Initials | Name |
|----------|------|----------|------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Parkland Health & Hospital System**

MR # 2127329    Sex: Female    DOB: 09/30/1959
Name: **Izard, Lori**

**5201 Harry Hines Blvd.**
**Dallas, Tx 75235**

**Emergency Services Dept.**
214-590-8000
Assessment Sheet

Phone:
Address: , , 75062
Room #: **Psych Dayroom APOW**   Account # **131775470**    Age: **40**

---

**Triage/Initial Assessment**

**04:51 12/17/1999 - Initial Triage Info -- Judy Johnson, RN 18021**
Chief Complaint: Manic Phase Of Bipolar Disorder
Complaint Category: Psychological/Psychiatric
Initial Triage Acuity: 2 - Emergent
Quick Assessment: AMBULATES - without assistance, ABCs WNL, Cardiovascu-
lar WNL, Respiratory WNL, Skin WNL
Significant Neg. Findings: Denies ETOH use, Denies illicit drug use
**06:34 12/17/1999 - Testing and Treatment -- Ronald Givens 8692**
Note: blood and urine collected by staff.
**13:05 12/17/1999 - Reassessment -- Renee Roberson, RN 6554**
Note: Pt has been pacing less and has accepted meds without resistance. Pt
given Depakote 2000mg 1140,and Stelazine 5mg. and Ativan 1mg at 1200.
Sleeping in chair. Denies Si,Hi,Avh.
**16:12 12/17/1999 - Vital Signs -- Edward Alonzo 1844**
Temp: 36.2 Tympanic
BP: 123/76, Automatic, Sitting, Left Arm, Regular cuff
HR: 77, Regular
Resp: 18, Regular

**Assessment**

**04:58 12/17/1999 - Triage Psych -- Judy Johnson, RN 18021**
Historian: patient
Onset: within last several weeks
Activity at onset/Mechanism: nothing, of, note
Symptom: mania, paranoia, psychosis, auditory hallucination
Previous History: bi-polar disorder, history of hospitalization, medication therapy
Note: pt. was brought to psych er by irving police dept. pt. states that she is
hooked to internet receiving messages from the illinois geological society.
according to report pt. found sitting outside in the cold so "they wouldn't harm
her". pt. states that she is compliant with her lithium once 600 mg. bid. pt.
called police to remove her tv which was also source to connection to internet.
**04:59 12/17/1999 - Past Medical History -- Judy Johnson, RN 18021**
Medical history: -None
**04:59 12/17/1999 - Allergy Information -- Judy Johnson, RN 18021**
Allergy A: *No Known Allergies
**05:00 12/17/1999 - Medicine -- Judy Johnson, RN 18021**
Medication A: Lithium
Dosage A: 600 mg.
Frequency A: BID
**05:01 12/17/1999 - Vital Signs -- Judy Johnson, RN 18021**
Temp: 36.0 Tympanic
BP: 132/77, Automatic, Sitting, Right Arm, Regular cuff
HR: 81, Regular
Resp: 22, Regular
**07:05 12/17/1999 - Vital Signs -- Michael Barnard 15799**
Temp: 36.4 Tympanic
BP: 110/78, Automatic, Standing, Right Arm, Regular cuff
HR: 79
Resp: 18
**14:24 12/17/1999 - Vital Signs -- Michael Barnard 15799**
Temp: 36.4 Tympanic
BP: 133/78, Automatic, Standing, Left Arm, Regular cuff
HR: 90
Resp: 18

---

Transferred from Parkland Hospital on 12/17/99 to Timberlawn Psychiatric Hospital.  Treated for Bipolar Disorder from 12/17/99 – 12/23/99.

Timberlawn Mental Health System
4600 Samuel Blvd
Dallas, TX 75228
(214)381-7181

**MEDICAL RECORDS ARE PAST 10 YEARS OILD.  RECORDS HAVE BEEN DISCARDED.**

Transferred to Terrell State Hospital on 12/23/99.

 **TEXAS DEPARTMENT OF STATE HEALTH SERVICES**

DAVID L. LAKEY, M.D.
COMMISSIONER
DEPARTMENT OF STATE HEALTH SERVICES

TERRELL STATE HOSPITAL
Dorothy Floyd, Ph. D., Interim Superintendent
P.O. Box 70, Terrell, Texas 75160
972/524-6452 ● http://www.dshs.state.tx.us

January 7, 2014

Lori Izard-Torres
1523 Fairway Drive
Rantoul, IL  61866

Re      Lori Izard-Torres
SSN:    xxx-xx-1946
DOB:    09-30-1959
Hosp#:  682-95049

To Whom It May Concern:

Records indicate that Ms. Lori Izard-Torres was admitted to Terrell State Hospital on December 23, 1999 and was discharged on December 27, 1999. Enclosed are the diagnosis codes.

Please do not hesitate to contact me should you require additional information or if I can be of further assistance.

Sincerely,

*Ashley Cruz*

Release of Information Officer
972-551-8502

Total pages:  2
Photocopying charge: 0.00

LAST NAME/SUR: IZARD                  / .      CLIENT ID           : 11?
FIRST NAME   : LORI                            LOCAL CASE NUMBER : 00000035049
MIDDLE NAME  : .                               COMPONENT           : 682

DECISION DATE       : 12-27-1999       DATE FIRST ADDED  : 01-05-2000
FORM TIME           :   04:11P         DATE LAST CHANGED : 01-05-2000
REASON FOR ACTION   : MH DISCHARGE     MH PRI POP: Y
DSM VERSION         : 4
PRINCIPAL DIAG AXIS : 1

AXIS I, LEVEL 1    : 29530   SCHIZOPHRENIA, PARANOID TYPE
AXIS II, LEVEL 1   : V7109   NO DIAGNOSIS ON AXIS II OR NO DIAGNOSIS OR CONDITI
AXIS III, LEVEL 1  : 2409    GOITER NOS
DATE OF AXIS III   : 12-27-1999
PSYCHO STRESSOR    :  D      OCCUPATIONAL PROBLEMS
                      F      ECONOMIC PROBLEMS
                      A      PROBLEMS WITH PRIMARY SUPPORT GROUP
LEVEL OF FUNCT     :  40     MAJOR IMPAIRMENT IN SOC.-COG. FUNCTIONI
AAMD VERSION       :  77     ICD VERSION : 9


                      >

**DALLAS COUNTY HOSPITAL DISTRICT**   **PROGRESS NOTES - OUTPATIENT DEPARTMENT**

| GUARANTOR NAME | GUARANTOR PHONE | MEDICARE NO. | MEDICAID NO. |
|---|---|---|---|
| IZARD. LORI | 972-570-4348 | | |

| INSURANCE COMPANY | GROUP NUMBER | POLICY / CERTIFICATE NO. | CONTRACT NO. |
|---|---|---|---|
| SELF PAY | | | |

| NAME OF INSURED | EMPLOYER OF INSURED | | PATIENT PHONE |
|---|---|---|---|
| IZARD, LORI | NONE | | 972-570-4348 |

| INSURED EMPLOYER'S ADDRESS | | STATE | ZIP CODE | ACCIDENT RELATED | YES | NO |
|---|---|---|---|---|---|---|
| | | | | | | X |

MRN # 000002127329   ACC # 000132933888

IZARD, LORI          WH  F  EX 02/04/01

F/C   01   09/30/59          1100

242 W ROCHELLE RD   IRVING   TX

75062   5703

**DEPT.**

PHYSICIAN

DIAGNOSIS  244.9

SERVICE DATE   02/04/00   CLNA

LOCATION   ACC
ISOLATION:

CASHIER LOCATION

CLINIC CLERK

---

40 Y O WF c PMH of Bipolar c/o MHMR
says she has ↓ thyroid go to PMD
c/o cold, constipation, ↓ she ↑ wt gain

GE - AA0X3 NAD
VSS

HEENT ⊘
Chest Cle
CVS S1S3 ⊘, ⊘
thyroid NT.
Abd ⊘
Ex - ?finger ⊘ relaxation phase

A/P ⊘ Hypothyroidism,
Will get TSH draw ✓
? 244 pt c/o out of town next
wk, Will from draw ✓
no c coke ✓

---

| I GRANT PERMISSION TO THE MEDICAL STAFF OF DALLAS COUNTY HOSPITAL DISTRICT TO PERFORM ANY MEDICAL OR SURGICAL TREATMENT AND TO ADMINISTER SUCH ANESTHETICS AND/OR DRUGS AS MAY BE DEEMED NECESSARY IN THE DIAGNOSIS AND TREATMENT OF SAID PATIENT. FURTHERMORE I STATE THAT THE ABOVE AND FOREGOING FACTS AND INFORMATION ARE TRUE AND CORRECT TO MY PERSONAL KNOWLEDGE. | I PROMISE AND AGREE TO PAY PARKLAND MEMORIAL HOSPITAL ALL CHARGES ACCRUING AS A RESULT OF THIS ADMISSION UPON RECEIPT OF STATEMENT. IT IS SPECIFICALLY UNDERSTOOD AND AGREED THAT ALL PAYMENTS WILL BE MADE TO THE BUSINESS OFFICE, PARKLAND MEMORIAL HOSPITAL, 5201 HARRY HINES BLVD. DALLAS, TEXAS; AND I HEREBY AUTHORIZE PAYMENT DIRECTLY TO THE ABOVE NAMED HOSPITAL OF THE HOSPITAL INSURANCE BENEFITS OTHERWISE PAYABLE TO ME BUT NOT TO EXCEED THE BALANCE DUE OF THE HOSPITAL'S REGULAR CHARGES FOR THIS PERIOD OF HOSPITALIZATION. I UNDERSTAND I AM FINANCIALLY RESPONSIBLE TO THE HOSPITAL FOR THESE CHARGES; AND I HEREBY AUTHORIZE RELEASE BY THE HOSPITAL OF INFORMATION COLLECTED TO THE INSURANCE COMPANIES. |
|---|---|
| SIGNATURE | SIGNATURE |
| WITNESS | |

DALLAS COUNTY HOSPITAL DISTRICT          PROGRESS NOTES - OUTPATIENT DEPARTMENT

| GUARANTOR NAME | GUARANTOR PHONE | MEDICARE NO. | MEDICAID NO. |
|---|---|---|---|
| IZARD, LORI | 972-570-4348 | | |

| INSURANCE COMPANY | GROUP NUMBER | POLICY / CERTIFICATE NO. | CONTRACT NO. |
|---|---|---|---|
| SELF PAY | | | |

| NAME OF INSURED | EMPLOYER OF INSURED | | PATIENT PHONE |
|---|---|---|---|
| IZARD, LORI | NONE | | 972-570-4348 |

| INSURED EMPLOYER'S ADDRESS | | STATE | ZIP CODE | ACCIDENT RELATED | YES | NO |
|---|---|---|---|---|---|---|
| | | | | | | X |

```
MRN #  000002127329   ACC #  000132933888
IZARD, LORI              WH  F  EX 02/04/01
F/C   01    09/30/59              1100
242 W ROCHELLE RD    IRVING    TX
                   75062  5703
```

**DEPT.**

PHYSICIAN

DIAGNOSIS  249

CLNA

SERVICE DATE  02/04/00

CASHIER LOCATION

LOCATION  ACC

CLINIC CLERK

ISOLATION:

40 Y O WF ī PMH of Bipolar c̄o NSNSR
Says she has ↓ thyroid go to PML
c̄o cold, constipation, dry sk ↑ wt gain

GE- AAOX3 NAD
NVS.

HEENT ⊘
Chest Cle
CVS  S₁S₂ ⊘, ⊘
thyroid NT.
Abd ⊘
Ex- ⊘ edema ⊘ clubbing ⊘

A/P ⊘ Hypothyroidism,
Will get TSH chem ✓
7 24 pt c̄o out of town next
wk, will from chem ✓
f/u c̄ cont.

I GRANT PERMISSION TO THE MEDICAL STAFF OF DALLAS COUNTY HOSPITAL DISTRICT TO PERFORM ANY MEDICAL OR SURGICAL TREATMENT AND TO ADMINISTER SUCH ANESTHETICS AND/OR DRUGS AS MAY BE DEEMED NECESSARY IN THE DIAGNOSIS AND TREATMENT OF SAID PATIENT. FURTHERMORE I STATE THAT THE ABOVE AND FOREGOING FACTS AND INFORMATION ARE TRUE AND CORRECT TO MY PERSONAL KNOWLEDGE.

SIGNATURE

WITNESS

I PROMISE AND AGREE TO PAY PARKLAND MEMORIAL HOSPITAL ALL CHARGES ACCRUING AS A RESULT OF THIS ADMISSION UPON RECEIPT OF STATEMENT. IT IS SPECIFICALLY UNDERSTOOD AND AGREED THAT ALL PAYMENTS WILL BE MADE TO THE BUSINESS OFFICE, PARKLAND MEMORIAL HOSPITAL, 5201 HARRY HINES BLVD, DALLAS, TEXAS AND. I HEREBY AUTHORIZE PAYMENT DIRECTLY TO THE ABOVE NAMED HOSPITAL OR THE HOSPITAL INSURANCE BENEFITS OTHERWISE PAYABLE TO ME BUT NOT TO EXCEED THE BALANCE DUE OF THE HOSPITAL'S REGULAR CHARGES FOR THIS PERIOD OF HOSPITALIZATION, I UNDERSTAND I AM FINANCIALLY RESPONSIBLE TO THE HOSPITAL FOR THESE CHARGES; AND I HEREBY AUTHORIZE RELEASE BY THE HOSPITAL OF INFORMATION REQUESTED BY ANY INSURANCE COMPANIES.

SIGNATURE

**PARKLAND HEALTH & HOSPITAL SYSTEM**
Dallas, Texas

**AMBULATORY CARE CLINIC**

**PATIENT CONTACT FORM**

*B)*

| Appointment | Date: 2-04-00 Time: 1230 | Phone Appointment: Date: _____ Time: _____ Signature: _____ ID# _____ |
|---|---|---|

Age: 40   Race: Wh   Sex: F

Allergies: NKDA

LMP: 3 wks ago   BTL ____ HYST ____ Menopause ____

**Medical History:**

| ⊘ HTN | ⊘ DM |
|---|---|
| ⊘ Cardiac | ✓ Pulm. |
| ⊘ CA | ⊘ Stroke |
| ⊘ Seizures ____ | ⊘ Infectious Disease |
| ✓ Other Bipolar X 5yr. | |

| Triage: Date 2-4-00   Time 10.50 | Appointment Screen: Date 2-4-00   Time 1150 |
|---|---|
| Vitals: B/P ____ T ____ P ____ R ____ Size of cuff: (circle)   Regular   Large   Pedi Signature/ID# _See ER Vs_ | Vitals: B/P 10/74 T 36.6 P 72 R 16 Size of cuff: (circle)   Regular   Large   Pedi Signature/ID# Josh Robi 1879 |

Triage Chief Complaint: _pt states_ mhmr _RN Screening:_ _____
_referred her here for_   → _Same. Reported ↑ Thym_
_eval. of Thyroid_   _test from mhmr_ ↑ Thym

**Medication(s):**
Depakote
Resperdil

**Disposition of Patient:**
____ PRIORITY Appt.   ✓ Same day Appt.
____ Next Day Appt.   ____ Patient to schedule Appt.
____ Referred to: _____

Triage RN Signature: _Jackin nguyen yellon_
ID#: 6430

**Medications** (Name, dosage, and frequency)
Depakote 500mg Tid
Resperdel 2mg Bid

Module RN Signature: _Theus Bru_
ID#: 6752

| TIME | PHYSICIANS ORDERS |
|---|---|
| | D/C'ed by me @ |

| Call NO ANSWER | | | | |
|---|---|---|---|---|
| TIME | | | | |
| INITIAL | | | | |

**Parkland Health & Hospital System**

MB# 21
Name: **Izard, Lori**
Sex: Female    DOB: **09/30/1959**

5201 Harry Hines Blvd.
Dallas, Tx 75235

**Emergency Services Dept.**
214-590-8000
Assessment Sheet

Phone:
Address: , ,
Room #: **Triage Assessment**    Account #    Age: **40**

---

Complaint: **I Was Discriminated Against At Vickery C**
Arrival Date/Time: **09:42 02/04/2000**
Arrived by: **Ambulance / EMS**
Mobility:
EM Faculty: **Unassigned,**
Accompanied By:

Acuity: **4 - Semi-Urgent**
Insurance:
Amb/Helicopter:
Referring Facility:
Resident: **Unassigned,**

---

Complaint Code:
Treatment PTA:

Triage Nurse: **Bennett, RN 8101, Mary**

---

Past Medical Hx: **Bipolar Disease**
Tetanus History: **NA**
Social History:
Weights:
LMP Date: **01/20/2000**

---

**Medications**

| Medication | Dosage | Freq | Prescribing Phys | Started |
|---|---|---|---|---|
| Depakote | | | | |
| Resperdol | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Allergy**

| Allergy | Allergic Reaction |
|---|---|
| *No Known Allergies | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

---

**Vital Signs**

| Inits | Time | Temp | Blood Pressure | Pulse | Resp | Pain Time | Scale | Pulse Ox. Time | % | Pupils Time | L(mm) | R(mm) | Glasgow Coma Time | Score |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MB | 10:24 | 35.4 | 121/74 Automatic,, | 80 | 16 | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

---

**Disposition Information**
Primary Diagnosis:
Secondary Diagnosis:
Disposition: **Refer to ACC**
Report Called By:
Prescriptions:
Discharge Instructions:
Disability Statement:
Follow-up Care:
Discharge Time: **10:26 02/04/2000**

Family Notification:
Report Given To:

Appt Date/Time:

---

| Initials | Name | | Initials | Name |
|---|---|---|---|---|
| | | | | |
| | | | | |

---

**Parkland Health & Hospital System**

MR #
Name: **Izard, Lori**
Sex: Female
DOB: 09/30/1959

5201 Harry Hines Blvd.

Dallas, Tx 75235

**Emergency Services Dept.**
214-590-8000
Assessment Sheet

Phone:
Address: , ,
Room #: **Triage Assessment**
Account #
Age: 40

---

### Triage/Initial Assessment

10:24 02/04/2000 - Past Medical History -- Mary Bennett, RN 8101
  Medical history: Bipolar, Disease
  Date LNMP: 01/20/2000
10:24 02/04/2000 - Vital Signs -- Mary Bennett, RN 8101
  Temp: 35.4
  BP: 121/74, Automatic, Regular cuff
  HR: 80
  Resp: 16
10:25 02/04/2000 - Allergy Information -- Mary Bennett, RN 8101
  Allergy A: *No Known Allergies
10:25 02/04/2000 - Medicine -- Mary Bennett, RN 8101
  Medication A: Depakote
  Medication B: Resperdol
10:26 02/04/2000 - Initial Triage Info -- Mary Bennett, RN 8101
  Chief Complaint: I Was Discriminated Against At Vickery C
  Initial Triage Acuity: 4 - Semi-Urgent
  Note: Pt. states that MHMR referred her here for a thyroid blood test. Alert and
    oriented x 3. Skin warm and dry. Resp. even and unlabored.

### Assessment

09:44 02/04/2000 - Change Room -- Henry Dees, RN 3197
  Change Room: Triage
10:21 02/04/2000 - Change Room -- Mary Bennett, RN 8101
  Change Room: Triage Assessment
10:26 02/04/2000 - Discharge Condition -- Mary Bennett, RN 8101
  Acuity: 4 - Semi-Urgent
  Condition: Stable
  Mobility at Discharge: Ambulatory
  Mode of Discharge: Walking

| ADMIT DATE | ADMIT TIME | DALLAS COUNTY HOSPITAL DISTRICT | | ER MD | SERVICE |
|---|---|---|---|---|---|
| 07/30/01 | 22:08 | EMERGENCY DEPARTMENT ADMISSION | | 10633 | 4100 |

| NAME | LAST | FIRST | MIDDLE | MAIDEN | | ACCOUNT # | MR # |
|---|---|---|---|---|---|---|---|
| IZARD, LORI | | | | | | 000147219166 | 000002127329 |

| ADDRESS | | APT# | CITY | | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 242 W ROCHELLE RD | | 712 | IRVING | | TX | 75062 - 5703 | 057 |

| PHONE | BIRTH DAY | AGE | SEX | RACE | MAR STAT | SOC SEC# | REFERRING PHYSICIAN OR MEDICAL FACILITY | ARR MEANS | CRIME VICTIM | POLICE NOTIF |
|---|---|---|---|---|---|---|---|---|---|---|
| 972-570-4348 | 09/30/959 | 041 | F | WH | S | 5 | | SE | | |

| AMBULANCE # | TYPE | LOCATION OF ACCIDENT | | ACCIDENT DATE | ACC TIME |
|---|---|---|---|---|---|
| | | | | | |

| EMPLOYER | EMPLOYER ADDRESS |
|---|---|
| UNEMPL | |

| EMPLOYER CITY | STATE | ZIP | EMPLOYER PHONE | EXT | WRK REL |
|---|---|---|---|---|---|
| | | | | | |

| GUARANTOR'S NAME | GUARANTOR'S ADDRESS | | APT. # |
|---|---|---|---|
| IZARD, LORI | 242 W ROCHELLE RD | | 712 |

| GUARANTOR'S CITY | STATE | ZIP | PHONE - HOME |
|---|---|---|---|
| IRVING | TX | 75062 - 5703 | 972-570-4348 |

| GUARANTOR'S EMPLOYER | PHONE - BUSINESS | RELATIONSHIP TO PATIENT |
|---|---|---|
| UNEMPL | | SELF |

| NEXT OF KIN | NEXT OF KIN - ADDRESS | PHONE - HOME |
|---|---|---|
| IZARD, RON | RT.1 BOX 182 | 217-896-2562 |

| NEXT OF KIN - CITY | STATE | ZIP | RELATIONSHIP TO PATIENT | PHONE - BUSINESS |
|---|---|---|---|---|
| HOMER | IL | 61849 - 0000 | FATHER | |

| LOCAL CONTACT | LOCAL CONTACT ADDRESS | PHONE - HOME |
|---|---|---|
| IZARD, GREG | | 217-469-7876 |

| LOCAL CONTACT - CITY | STATE | ZIP | RELATIONSHIP TO PATIENT | PHONE - BUSINESS |
|---|---|---|---|---|
| | | - | BROTHER | |

| INSURANCE COMPANY | CO/PLN | GROUP NAME | GROUP # | PLAN CODE |
|---|---|---|---|---|
| NORTHSTAR | 48/002 | N / A | N / A | N/A |

| EFFECTIVE DATE | NAME OF INSURED | I.D. # | AUTHORIZATION # | CERT DATE |
|---|---|---|---|---|
| / / | IZARD, LORI | A1111593 | N / A | |

| PROBLEM/CHIEF COMPLAINT | | COND | S1 | S2 | S3 | LAST DC DATE | FNI CLS | ADM BY |
|---|---|---|---|---|---|---|---|---|
| NPC | | 3 | | | | | 48 | RRR |

## CONSENT FOR TREATMENT/RELEASE OF RESPONSIBILITY FOR VALUABLES

I grant permission to the medical staff of the Dallas County Hospital District to perform any medical or surgical treatment and to administer such anesthestics and/or drugs as may be deemed necessary in the diagnosis and treatment of said patient. Futhermore I state that all patient information is true and correct to my personal knowledge, I also release the Dallas County Hospital District from all responsibility for any valuables and personal articles that are not checked in by the hospital staff.

SIGNED: _____  RELATIONSHIP IF OTHER THAN PATIENT IS SIGNING: _____

WITNESS: _____  TIME: _____

## LEAVING AGAINST MEDICAL ADVISE

I am the responsible party and am removing the patient, _____, from the Dallas County Hospital District and I hereby assume any and all responsibility for accident and illness attending or following the above named patient's discharge from the above named institution. I acknowledge liability for all incurred expenses, including all Emergency Room fees.

SIGNED: _____  RELATIONSHIP IF A MINOR: _____

MD SIGNATURE: _____  DATE: _____  TIME: _____

## TEMPORARY ABSENCE RELEASE

I have obtained permission from the attending physician to be absent from the Emergency Dept. for my convenience from:

TIME: _____  DATE: _____  to TIME: _____  DATE: _____
I assume all responsibility for the named patient, during this temporary absence and hereby release the Dallas County Hospital District, its employees and the attending physician from all responsibility during this absence and for my or the patient's condition as a result thereof.

SIGNED: _____  RELATIONSHIP IF A MINOR: _____

MD SIGNATURE: _____  DATE: _____  TIME: _____

FORM 580002 REV 12/91  O: _____  I: _____  E: _____  **CodeRite**

**PARKLAND HEALTH & HOSPITAL SYSTEM**
Dallas, Texas

**EMERGENCY SERVICES DEPARTMENT**
**PHYSICIAN REPORT**

*I zarf*

| ALLERGIES: NKDA | DATE: 7/30/01 | Time: | Resp. |
|---|---|---|---|
| COMPLAINT: "I need my Depakote level checked" | | Pulse | Temp. |
| INITIAL PHYSICIAN: SHED4 | TIME SEEN: 2230 | BP | O₂-Sat |

41/yo WF c̄ stated h/o Bipolar D/O presents
after being stressed for several months. She
was at hotel — did not have money to pay for
room — stated No d. Health stay, denies thoughts.
Dens SI / HI / AVH
PMH: Bipolar D/O          Meds c̄ Depakote now changed.

A/P: ① Full Eval.
② Labs / TOX / EtOH
③ Collateral info

SHED4
5032

| Teaching Physician | ☐ Written in conjunction with H.O. note |
|---|---|
☐ Nursing Notes Reviewed   ☐ Seen & Examined
☐ Seen with H.O.   ☐ Based on above reviews and my
personal exam, I confirm the findings as recorded.
Comments: _____

CC/HPI: _____

| | | ROS | |
|---|---|---|---|
| | | ✓ Normal | Circle Abno |
| PMH / PSH: _____ | | Gen | Musc |
| | | HEENT | Skin |
| | | Pulm | Heme |
| | | CV | Endo |
| | | GI | ID |
| ABNORM ROS: _____ | | Gu | Imun |
| | | Neuro | Rheum |

SH / FH: _____
PE: _____

| Re-evaluation/Time _____ | CONSULT / ADMIT SERVICES | | |
|---|---|---|---|
| | SERVICE | TIME CALLED | TIME IN DEPT. |
| | | | |
| | | | |
| | | | |

| DIAGNOSIS 1 | Bipolar NOS |
|---|---|
| DIAGNOSIS 2 | |
| DIAGNOSIS 3 | |
| DISPOSITION MD NAME: | BCois |
| DISPOSITION MD SIGNATURE/ID#: | Cui Nois 51569 |
| FACULTY SIGNATURE: | |

Data Reviewed: ☐ Lab ☐ EKG ☐ Radiographs ☐ Old Chart
_____
_____
_____
IMP: _____
PLAN: _____
☐ Medical Decision Making Supervised and Approved. | **005**

**DALLAS COUNTY HOSPITAL DISTRICT**

**DALLAS, TEXAS**

**EMERGENCY ROOM RECORD**

**CONTINUATION**

02 12 73 29 E 48
IZARD, LON
014-219-5
Izard

| NAME: | Last | First | Middle |
|-------|------|-------|--------|

**Emergency Room Number:** | **Date** |

| Time Ordered | Medications and Treatments (continued) | |
|--------------|----------------------------------------|--|
| 7/30/01 2345 | Hearthside hotel Thurs- "illegally evicted" from hotel, went to Fairfield Inn | Father 217-896-2562 Brother 217-469-7876 |
| | → Don't need to be on meds, have been able to control my behavior through behavior therapy/ counseling" | Off Depakote couple months, has been taking it off/on couple years |
| | → "I definitely have a problem working with other women in the workplace" | Dr. Bennett at Adapt appt this Wed |
| | Pt denies any S/H ideation recently and currently. | |
| | TC/TP: ø racing thoughts, circumstantial | |
| | Some paranoia? Says she has been constantly unfairly treated by state and federal gov. | |
| | Affect/mood: labile ø irritable or euphoric | |
| | Pt D/c home. F/u wed c̄ Adapt. | |
| | BCois 51569 | |
| | | |
| | | |
| | | |
| | | |
| | | |

**006**

FORM NO. 55090 (REV. 2/77)

Top Copy – Medical Records    Bottom Copy – Data Entry

**Parkland Health & Hospital System**

5201 Harry Hines Blvd.
Dallas, Tx 75235

**Emergency Services Dept.**
214-590-8000
Assessment Sheet

MR #: 212732?
Name: **Izard, Lori**                    Sex: **Female**            DOB: 09/30/1959
Phone:
Address: , ,  75062
Room #: **Psych Intake (NOT FROM TRIAGE)** Account # 147219166 Age: 41

---

Complaint: **Paaa**
Arrival Date/Time: **22:03 07/30/2001**
Arrived by: **Police**
Mobility: **Ambulatory**
EM Faculty: **Unassigned,**
Accompanied By: **Police, Officer**

Acuity: **3 - Urgent**
Insurance: **Valuoptions North Star Outpt**
Amb/Helicopter:
Referring Facility:
Resident: **Gilfillan, DO 10653, Saundra K**

---

Complaint Code: **Psychological/Psychiatric**
Treatment PTA:

Triage Nurse: **Molinaro, RN 8392, Ann M**

---

Past Medical Hx: **Bipolar Disease**
Tetanus History: **NA**
Social History:
Weights:
LMP Date: **NA**

---

**Medications**

| Medication | Dosage | Freq | Prescribing Phys | Started |
|---|---|---|---|---|
| Depakote | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Allergy**

| Allergy | Allergic Reaction |
|---|---|
| **No Known Allergies | |
| | |
| | |
| | |
| | |
| | |
| | |

**Vital Signs**

| Inits | Time | Temp | Blood Pressure | Pulse | Resp |
|---|---|---|---|---|---|
| AM | 22:44 | 36.4 T | 119/78 Automatic,Sitting,Left Arm | 83 | 16 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Pain**

| Time | Scale |
|---|---|
| | |
| | |
| | |
| | |

**Pulse Ox.**

| Time | % |
|---|---|
| | |
| | |
| | |
| | |

**Pupils**

| Time | L(mm) | R(mm) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Glasgow Coma**

| Time | Score |
|---|---|
| | |
| | |
| | |
| | |

---

**Disposition Information**
Primary Diagnosis: **Bipolar affective disorder**
Secondary Diagnosis:
Disposition: **Disch - Home**
Report Called By:
Prescriptions:
Discharge Instructions:
Disability Statement:
Follow-up Care:
Discharge Time: **00:13 07/31/2001**

Family Notification:
Report Given To:

Appt Date/Time:

---

| Initials | Name | Initials | Name |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Parkland Health & Hospital System**

MR # 212739
Name: Izard, Lori                                    Sex: Female      DOB: 09/30/1959

**5201 Harry Hines Blvd.**          **Emergency Services Dept.**
**Dallas, Tx 75235**                214-590-8000
                                    Assessment Sheet

Phone:
Address: , , 75062
Room #: Psych Intake (NOT FROM TRIAGE)   Account # 147219166  Age: 41

---

**Triage/Initial Assessment**

**22:05 07/30/2001 - Initial Triage Info -- Ann Molinaro, RN 8392**
  Complaint Category: Psychological/Psychiatric
  Quick Assessment: AMBULATES - without assistance, ABCs WNL, Cardiovascu-
    lar WNL, Respiratory WNL, Skin WNL
  Presenting Complaints: *No, complaints
  Chief Complaint: Paaa
  Initial Triage Acuity: 3 - Urgent
**22:08 07/30/2001 - Allergy Information -- Ann Molinaro, RN 8392**
  Allergy A: **No Known Allergies
**22:08 07/30/2001 - Medicine -- Ann Molinaro, RN 8392**
  Medication A: Depakote
**22:08 07/30/2001 - Past Medical History -- Ann Molinaro, RN 8392**
  Medical history: Bipolar, Disease
**22:24 07/30/2001 - Triage Psych -- Ann Molinaro, RN 8392**
  Historian: patient
  Activity at onset/Mechanism: emotional, crisis
  Symptom: inapropriate behavior, pressured speech
  Previous History: bi-polar, disorder
  Psychiatric Precautions: Seclusion
  Note: Patient arrived to the Psych ER accompanied by a DPD officer who had
    brought her here from the Fairfield Inn.  Reportedly she had not been able to
    make a payment for her room and initially refused to leave and was  brought
    here by the police as she had told them that she *was bipolar and  I haven't bee
    taking my medicine for the past 8 months.*  Denies SI, HI and AVH.  Calm and
    cooperative.  Relates she *wants to get a pregnancy  test and check my Depa-
    kote level checked*.  I'm not really worried about the pregnancy test cause I'm
    having my period and because I smoke and  drink, I won't have any Depakote
    in my system either*.  Manic at present.   Search and scan done and pt.
    allowed to enter the day area.
**22:44 07/30/2001 - Vital Signs -- Ann Molinaro, RN 8392**
  Temp: 36.4 Tympanic
  BP: 119/78, Automatic, Sitting, Left Arm, Regular cuff
  HR: 83, Regular
  Resp: 16, Regular

**Disposition**

**00:13 07/31/2001 - Discharge Note -- Vernell Brown, RN 13719**
  Note: F/U with Dr Bennett at Adapt.

**Assessment**

**22:04 07/30/2001 - Change Room -- Ann Molinaro, RN 8392**
  Change Room: Psych Intake (NOT FROM TRIAGE)
**22:04 07/30/2001 - Change Nurse -- Ann Molinaro, RN 8392**
  Primary Nurse: Molinaro, RN 8392, Ann M
  Secondary Nurse: Unassigned,
  Responsible Nurse: Molinaro, RN 8392, Ann M
**00:09 07/31/2001 - Reassessment -- Ann Molinaro, RN 8392**
  Response to treatment: Calmer
  Other Assessment: Pt, alert,, active,, no, distress
  Note: Patient is noted to be sitting quietly in the day area.  Respirations are  easy
    and regular.  No distress noted.  Pt. offers no complaints.
**00:13 07/31/2001 - Stand Alone Charges -- Vernell Brown, RN 13719**
  Non-Trauma: Charge Level III
**00:13 07/31/2001 - Discharge Condition -- Vernell Brown, RN 13719**
  Acuity: 3 - Urgent
  Condition: Improved
  Mobility at Discharge: Ambulatory
  Patient Teaching: Follow-up plan of care reviewed w/ pt, Pt voiced understanding
    of plan of care, Written dx instructions reviewed w/ pt
  Mode of Discharge: Self
**00:13 07/31/2001 - Change Physician -- Vernell Brown, RN 13719**
  ER Physician: Gilfilan, DO 10653, Saundra K
  Resident: Unassigned,
  Prim. Care Provider: Unassigned,
  Responsible Physician: Gilfilan, DO 10653, Saundra K

---