UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re: | ) |
| | ) |
| Lori L. Izard-Torres | )   Case No. 11-91806 |
| | ) |

### ANSWER TO MOTION TO AVOID LIEN ON REAL PROPERTY AND NOTICE OF OBJECTION DEADLINE

The Champaign County Regional Planning Commission ("Creditor") answers Lori L. Izard-Torres' ("Plaintiff") Motion to Avoid Lien on Real Property and Notice of Objection Deadline ("Motion") as follows:

1. Creditor denies the allegation in paragraph 1. The Petitioner filed Bankruptcy Case Number 11-91806 on September 30, 2011. The Petitioner then filed a motion to reopen Bankruptcy Case Number 11-91806 on February 12, 2014.

2. Creditor admits to the allegation in paragraph 2. The County of Champaign entered into a Subordinate Mortgage Agreement ("Mortgage") on October 14, 2008 with Plaintiff. A lien on real property located at 1523 Fairway Drive, Rantoul, Illinois 61866 ("Property") provided security for the Mortgage.

3. Creditor denies the allegation in paragraph 3. Creditor estimates the value of the Property at $60,000.00 encumbered by approximately $88,000.00 in mortgages and liens.

4. Creditor admits to the allegation in paragraph 4. Champaign County has a lien on the Property in the amount $20,000.

5. Creditor admits to the allegation in paragraph 5. The remaining balance of Champaign County's Lien on the Property is $16,830.79.

1

6. Creditor denies the allegation in paragraph 6. The Bankruptcy Case did not discharge the lien on the Property. See Palomar v. First American Bank, 722 F.3d 992 (7th Cir. 2013).

7. Creditor denies the allegation in paragraph 7. The Bankruptcy Case did not discharge the loan, to the extent that the phrase "the loan" refers to the Mortgage entered into on October 14, 2008 secured by the Property.

8. Creditor does not have sufficient information to confirm or deny the allegation in paragraph 8 of the Plaintiff's motion.

9. Creditor does not have sufficient information to confirm or deny the allegation in paragraph 9 of the Plaintiff's motion.

10. Creditor does not have sufficient information to confirm or deny the allegation in paragraph 10 of the Plaintiff's motion.

Wherefore, Creditor, Champaign Count Regional Planning Commission, prays for the Court to deny the Plaintiff's motion:


**/s/ David L. DeThorne**                                                             March 5, 2014____
David L. DeThorne, Bar # IL 6242778                                       Date
Attorney for Champaign County Regional Planning Commission
Champaign County State's Attorney's Office
101 East Main Street
Urbana, IL 61801
Telephone: (217) 384-3733
Fax: (217) 384-3816
E-mail: ddethorne@co.champaign.il.us

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | | |
|---|---|---|
| Kyle Emkes | kjemkes@doddlaw.net, slseitz@doddlaw.net | |
| U.S.Trustee | USTPRegion10.PE.ECF@usdoj.gov | |
| Kristin Wilson | klwilson111@gmail.com, klw@trustesolutions.com; KLW@trustesolutions.net; cshort345@gmail.com | |

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

FIFTH THIRD BANK
P O Box 829009
Dallas, TX 75382

Rural Housing USDA
Centralized Servicing Center
PO Box 66879
St. Louis, MO 63166

Lori Torres
1523 Fairway Drive
Rantoul, IL 61866-3541

**/s/ David L. DeThorne**                                              March 5, 2014___
David L. DeThorne, Bar # IL 6242778                          Date
Attorney for Champaign County Regional Planning Commission
Champaign County State's Attorney's Office
101 East Main Street
Urbana, IL 61801
Telephone: (217) 384-3733
Fax: (217) 384-3816
E-mail: ddethorne@co.champaign.il.us