Form minord

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
130 Federal Building
201 N. Vermilion St.
Danville, IL 61832

---

*In Re:* Lori Torres                                      *Case No.:* 11–91806
*Debtor(s)*                                               *Chapter* 7

---

## ORDER

*Notice is hereby provided:*

☑   A Hearing having been held 3/6/2014 on the following matters:

☐   The following having been filed:

1   Motion to Avoid Lien with creditor County of Champaign filed by debtor Lori Torres
2   Motion to Avoid Lien with creditor Citibank filed by debtor Lori Torres

*IT IS ORDERED THAT:*

| MATTER | ACTION | |
|---|---|---|
| 1 | Allowed | Motion to Avoid Lien with creditor County of Champaign filed by debtor Lori Torres |
| 2 | Allowed | Motion to Avoid Lien with creditor Citibank filed by debtor Lori Torres |

*Other:*

Dated: 3/6/14

  /S/   Gerald D. Fines
United States Bankruptcy Judge

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.