B 6B (Official Form 6B) (12/07)

In re **Lori Izard Torres**, Debtor      Case No. **11-91806** (If known)

## SCHEDULE B - PERSONAL PROPERTY      AMENDED

*FILED 2015 FEB 24 PM 2:00*
*KHADIJA Y. THOMAS, CLERK*
*U.S. BANKRUPTCY COURT*

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

In re  Lori Izard Torres                            ,          Case No. 11-91806
        Debtor                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY  AMENDED
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Wrongful Repossession of 2003 Ford Taurus- Illinois Assistive Technology Program<br>Wrongful Reposession of 2003 Ford Taurus- Security Bank of Springfield. | | 80,200.00 |

In re Lori Izard Torres, Case No. 11-91806
    Debtor                           (If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

AMENDED

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | x | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | x | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | x | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Ford Taurus-Repossessed and Sold by Illinois Assistive Technology Program | | 5,000.00 |
| 26. Boats, motors, and accessories. | x | | | |
| 27. Aircraft and accessories. | x | | | |
| 28. Office equipment, furnishings, and supplies. | x | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | x | | | |
| 30. Inventory. | x | | | |
| 31. Animals. | x | | | |
| 32. Crops - growing or harvested. Give particulars. | x | | | |
| 33. Farming equipment and implements. | x | | | |
| 34. Farm supplies, chemicals, and feed. | x | | | |
| 35. Other personal property of any kind not already listed. Itemize. | x | | | |

_____ continuation sheets attached   Total ▶  $ 85,200.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

## SCHEDULE B AMENDED

21. **Illinois Assistive Technology Program (IATP)**
    **AKA Illinois Tech Connect**

    **Wrongful Repossession of 2003 Ford Taurus**      Lawsuit IATP   $ 5,000

    A. Violation of Illinois Law: 625 ILCS 5/3-114(f-7)(1-4) Illinois Redemption

    B. Violation of Illinois Law: 810 ILCS 5/9-623(C)(2) Illinois Commercial Code

    C. Violation of Illinois Law: 625 ILCS 5/3-114(f-5)(1) Certificate of Title

    D. Violation of Illinois Law: 626 ILCS 5/3-114(f-5)(2) Transfer of Title

    E. Violation of Illinois Law: 810 ILCS 5/9-203 No Binding Agreement

    F. Violation of Illinois Law: 810 ILCS 5/9-609, 625 UCC Rights and Remedies

    G. Under any circumstances above in conversion will also constitute a violation of 810 ILCS 5/9-609 or 9-609

    1. Violation of 735 ILCS 5/
       **Loss of Earning Capacity**      Lawsuit IATP   $ 8,100

    2. Violation of 815ILCS 510 ½ (Ch 121 ½ par. 312)
       **Uniform Deceptive Trade Practices Act**      Lawsuit IATP   $ 2,000

    3. Violation of 815 ILCS 505/2
       **Consumer Fraud and Deceptive Business Practices**      Lawsuit IATP   $15,000

    4. **Willful Negligence and Willful Misconduct**      Lawsuit IATP   $ 2,000

    5. **Predatory Lending**      Lawsuit IATP   $ 2,000

    6. Violation of 720 ILCS 5/17-56
       **Financial Exploitation of an elderly person or person with a disability**      Lawsuit IATP   $ 2,000

    7. Violation of 760 ILCS 65/0.01
       **Breach of Trust**      Lawsuit IATP   $ 2,000

8. Violation of SSR79-4 Sec 207, 452(b), 459,
   (462)-USC 407, 652(b), 659, 662 (f)
   **Social Security Levy and Garnishment of Benefits**          Lawsuit IATP    $ 2,000

   Total                                                                         $ 40,100

""I have read the foregoing amendments consisting of 2 pages and certify under penalty of perjury that it is true and correct to the best of my knowledge, information and belief."

Signature _____
                                Debtor

Date  2/24/15

**SCHEDULE B AMENDED**

21. **Security Bank of Springfield**

    **Wrongful Repossession of 2003 Ford Taurus**                          Lawsuit SB      $ 5,000

    A. Violation of Illinois Law: 625 ILCS 5/3-114(f-7)(1-4) Illinois Redemption

    B. Violation of Illinois Law: 810 ILCS 5/9-623(C)(2) Illinois Commercial Code

    C. Violation of Illinois Law: 625 ILCS 5/3-114(f-5)(1) Certificate of Title

    D. Violation of Illinois Law: 626 ILCS 5/3-114(f-5)(2) Transfer of Title

    E. Violation of Illinois Law: 810 ILCS 5/9-203 No Binding Agreement

    F. Violation of Illinois Law: 810 ILCS 5/9-609, 625 UCC Rights and Remedies

    G. Under any circumstances above in conversion will also constitute a violation of 810 ILCS 5/9-609 or 9-609

    1. Violation of 735 ILCS 5/
       **Loss of Earning Capacity**                                        Lawsuit SB      $ 8,100

    2. Violation of 815ILCS 510 ½ (Ch 121 ½ par. 312)                      Lawsuit SB      $ 2,000
       **Uniform Deceptive Trade Practices Act**

    3. Violation of 815 ILCS 505/2                                         Lawsuit SB      $15,000
       **Consumer Fraud and Deceptive Business Practices**

    4. **Willful Negligence and Willful Misconduct**                       Lawsuit SB      $ 2,000

    5. **Predatory Lending**                                               Lawsuit SB      $ 2,000

    6. Violation of 720 ILCS 5/17-56                                       Lawsuit SB      $ 2,000
       **Financial Exploitation of an elderly
       person or person with a disability**

    7. Violation of 760 ILCS 65/0.01
       **Breach of Trust**                                                 Lawsuit SB      $ 2,000

8. Violation of SSR79-4 Sec 207, 452(b), 459,
   (462)-USC 407, 652(b), 659, 662 (f)
   **Social Security Levy and Garnishment of Benefits**        Lawsuit SB    $ 2,000

   **Total**                                                                 $ 40,100

""I have read the foregoing amendments consisting of 2 pages and certify under penalty of perjury that it is true and correct to the best of my knowledge, information and belief."

Signature _____
                        Debtor

Date ___2/24/15___

In re  Lori Izard Torre                                    ,    Case No. 11-91806
　　　　　　　　　Debtor                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT   Amended

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                    $155,675.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2003 Ford Taurus | | 5,000.00 | 5,000.00 |
| Wrongful Repossession of 2003 Ford Taurus Law Suit | Illinois Assistive Technology Program- | 40,100.00 | 40,100.00 |
| Wrongful Repossession of 2003 Ford Taurus Law Suit | Security Bank of Springfield | 40,100.00 | 40,100.00 |

FILED 2015 FEB 24 PM 2:01

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re   Lori Izard Torres                                    ,        Case No.   11-91806
                    Debtor                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS Amended

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4200795xxx<br>Security Bank of Springfield<br>510 E Monroe<br>Springfield, IL 62701<br>(217) 789-3500 | | | 10/08/2008<br>Automobile Loan<br>Last Activity 1/31/2010 | | | | 11,782.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | Subtotal▶ | $ | 11,782.00 |
| _____ continuation sheets attached | | | Total▶<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | $ | 11,782.00 |

[FILED 2015 FEB 24 PM 2:01 stamp]

B 6 Summary (Official Form 6 - Summary) (12/14)

# UNITED STATES BANKRUPTCY COURT
Central District of Illinois

2015 FEB 24 PM 2:01

In re Lori Izard Torres,     Case No. 11-91806
      *Debtor*

FILED    Chapter 7

## SUMMARY OF SCHEDULES AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 63,786.00 | | |
| B - Personal Property | YES | 4 | $ 98,087.98 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 78,093.90 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 8 | | $ 132,769.74 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ |
| TOTAL | | 20 | $ 161,873.98 | $ 210,863.64 | |

2015 FEB 24  PM 2: 01

**FILED**

**U.S. BANKRUPTCY COURT**

**Central District of Illinois**

| | |
|---|---|
| In re: Lori Izard Torres ) | |
| Debtor ) | Case No. 11-91806 |
| ) | |
| Address: 1523 Fairway Dr ) | |
| Rantoul, IL 61866 ) | Chapter 7 |
| ) | |
| Last Four Social Security: 1946 ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2015, a copy of the following:

> Reopening Letter
> Amended Schedule B
> Amended Schedule C
> Amended Schedule F

was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the attached list.

2/24/15
Date

Lori Izard Torres

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0753-2<br>Case 11-91806<br>Central District of Illinois<br>Urbana<br>Sat Feb 21 11:59:40 CST 2015 | Champaign County Regional Planning Commis<br>Champaign County Regional Planning Commis<br>1776 East Washington Street<br>Urbana, IL 61802-4578 | Fifth Third Bank<br>P O Box 829009<br>Dallas, TX 75382-9009 |
| Urbana<br>203 U.S. Courthouse<br>201 S. Vine Street<br>Urbana, IL 61802-3369 | Hiatt, Husemiller, Leihaber & Moore LLC<br>211 Landmark Dr #C-1<br>Normal, IL 61761-2160 | Carson Dellosa Publishing Co<br>P.O. Box 1878<br>Charlotte, NC 28201-1878 |
| Champaign County Regional Planning Commi<br>1776 E Washington St<br>Urbana IL 61802-4578 | Chase - Cc<br>Attention: Bankruptcy Department<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Creative Teaching Press<br>P.O. Box 2723<br>Huntington Beach, CA 92647-0723 |
| Didax<br>395 Main Street<br>Rowley, MA 01969 | Eastern Illinois University<br>600 Lincoln Ave.<br>Charleston, IL 61920-3099 | Educators Resource<br>2575 Schillinger Rd N<br>Semmes AL 36575-6476 |
| Evan Moore<br>18 Lower Ragsdale Drive<br>Monterey, CA 93940-5746 | Fifth Third Bank<br>Fifth Third Bank Bankruptcy Department,<br>1830 East Paris Ave.<br>Grand Rapids, MI 49546-6253 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 |
| Frank Schaffer Publications<br>P.O. Box 1579<br>Barron, WI 54812 | Gecrb/amazon<br>Po Box 981400<br>El Paso, TX 79998-1400 | Gemb/walmart<br>Po Box 981400<br>El Paso, TX 79998-1400 |
| Gembpplyer<br>Gemb/Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Hayes School Publishing<br>321 Pennwood Avenue<br>Pittsburgh, PA 15221-3398 | Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197-5253 |
| Illinois Tech Connect<br>2005 S. 9th Rm 405<br>Springfield, IL 62703 | Lowes / MBGA / GEMB<br>Attention: Bankruptcy Department<br>Po Box 103104<br>Roswell, GA 30076-9104 | News Gazette<br>PO Box 677<br>Champaign, IL 61824-0677 |
| Novak Weaver Solberg<br>130 W Main<br>Urbana, IL 61801-2715 | Odpt/chsd<br>Attn: Centralized Bankruptcy<br>P.O. Box 20507<br>Kansas City, MO 64195-0507 | Paper Magic Group<br>54 Glenmaura National Blvd<br>Moosic PA 18507-2101 |
| Patch Products<br>1400 E. Inman Hwy<br>Beloit, WI 53511-1774 | Putumayo World Music<br>411 Lafayette Street<br>4th Floor<br>New York, NY 10003-7032 | Rainbow Publishers<br>P.O. Box 261129<br>San Diego, CA 92196-1129 |

| | | |
|---|---|---|
| Shapes, Etc.<br>9094 Route 36<br>P.O. Box 400<br>Dansville, NY 14437-0400 | Stuart Allan & Assoc<br>5447 E 5th St Ste 110<br>Tucson, AZ 85711-2345 | Teacher Created Resources<br>6421 Industry Way<br>Westminster, CA 92683-3652 |
| The Lorenz Company<br>P.O. Box 802<br>Dayton, OH 45401-0802 | The Mailbox Books<br>3515 West Market Street<br>Suite 200<br>Greensboro, NC 27403-4442 | U.S. Trustee<br>Office Of Nancy J. Gargula U.S. Trustee<br>401 Main St #1100<br>Peoria, IL 61602-1201 |
| US Dept of Education<br>Attn: Borrowers Service Dept<br>P.O. Box 5609<br>Greenville, TX 75403-5609 | USDA Rural Development<br>P.O. Box 790170<br>Saint Louis, MO 63179-0170 | Usda Rural Development<br>P.O. Box 790170<br>St Louis, MO 63179-0170 |
| WF Fin Bank<br>Wells Fargo Financial<br>4137 121st St<br>Urbandale, IA 50323-2310 | Lori Torres<br>1523 Fairway Drive<br>Rantoul, IL 61866-3541 | Rural Housing USDA<br>Centralized Servicing Center<br>PO Box 66879<br>St. Louis, MO 63166-6879 |
| Security Bank of Springfield<br>510 E Monroe<br>Springfield, IL 62701 | Kristen Wilson<br>Trustee<br>600 Jackson Ave<br>Charleston, IL 61020 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Sears/cbna<br>BAD ADDRESS<br>01/20/12 Undeliverable<br>Mail returned to court | (d)Us Dept Of Education<br>Attn: Borrowers Service Dept<br>Po Box 5609<br>Greenville, TX 75403-5609 | End of Label Matrix<br>Mailable recipients   41<br>Bypassed recipients    2<br>Total                 43 |