IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

LORI TORRES            )
                       )   CASE NO. 11-91806
DEBTOR.                )

OBJECTION TO DEBTOR'S MOTION TO PROCEED IN SMALL CLAIMS COURT

NOW COMES Creditor, SECURITY BANK S.B., by and through its attorney, ROGER L. PRILLAMAN, and objects to Debtor's Motion to Proceed in Small Claims Court (Doc. #78) filed April 13, 2015, and in support thereof states as follows:

1. That the asset involved, namely the claim against SECURITY BANK S.B. was not disclosed at the time of the bankruptcy filing, and was only amended by Debtor after this case was reopened.

2. As Debtor has not previously disclosed the now claimed assets, she should be judicially estopped form pursuing the state court litigation. Biseck v. Soo Line R.R., 440 F.3d 410 (7th Cir.2006); Cannon-Stokes v. Potter, 453 F.3d 446 (7th Cir. 2006); Spaine v. Community Contacts, Inc., 756 F.3d 542 (7th Cir. 2014); Metrou v. M.S. Mortenson Co., 781 F.3d 357 (7th Circ. 2015).

3. Debtor originally filed her Chapter 7 on September 30, 2011 with the aid and assistance of her then attorney, KYLE EMKES; the original case was closed on February 3, 2012.

4. Following the Meeting of Creditors originally held on November 18, 2011, the Debtor filed an Amended Schedule B, apparently at the urging of the Trustee, to disclose previously omitted assets, including household goods and jewelry, as well as a 2006 Ford Econoline van and mower. Despite the amendment to cure those omissions, the Debtor did not mention any grounds to bring a wrongful repossession lawsuit for her 2003 Ford Taurus against ILLINOIS ASSISTIVE TECHNOLOGY PROGRAM, or SECURITY BANK or any rights in the repossessed 2003 Ford Taurus.

5. Thereafter, the Debtor filed her First Motion to Reopen her Chapter 7 case on February 12, 2014 in order to file a Motion to Avoid Liens and to file a student loan adversary. The reopened case was closed on October 14, 2014. At no time during the first reopening of the proceeding did the Debtor further amend her schedules to include the alleged wrongful repossession of the 2003 Ford Taurus and alleged grounds to bring a suit against Creditors, ILLINOIS ASSISTIVE TECHNOLOGY PROGRAM and SECURITY BANK

6. It was during the pendency of the first reopening of the Chapter 7 proceeding (February 12, 2014-October 14, 2014) that the Debtor filed her lawsuits against ILLINOIS ASSISTIVE TECHNOLOGY and SECURITY BANK, Champaign County Case Numbers 14-LM-000410 and 14-LM-000411 respectively, both suits having been filed on April 28, 2014. (See attached Exhibits A and B docket sheets from Champaign County Circuit Clerk.) At no time during the first reopening of the case did the Debtor disclose unto the Bankruptcy Court the filing of her lawsuits against these two Creditors, nor did she advise the Trustee, KRISTIN WILSON, of the litigation.

7. In cause number 14-LM-000410, Champaign County Judge Chase Leonard dismissed the Debtor's Third Amended Complaint therein on January 7, 2015 on grounds that the Debtor lacked standing, since the chose in action had not been disclosed in her bankruptcy petition. It was only then that the Debtor filed her Second Motion to Reopen her Chapter 7 case on February 4, 2015, and then filed her Amended Schedules B and C to disclose the "wrongful possession of the 2003 Ford Taurus – Illinois Assistive Technology Program, wrongful possession of 2003 Ford Taurus – Security Bank of Springfield" in the amount of $80,200.00, document #51 filed on the same day, February 24, 2015. Debtor's motion to reopen the case fails to mention that she had already filed her lawsuits against these two Creditors.

8.	Based upon the above sequence of events, this Court should determine that the Debtor's omissions and non-disclosures are such that the Debtors should be barred and estopped from personally further pursuing any litigation against this Creditor, SECURITY BANK ,S.B..

WHEREFORE, SECURITY BANK, S.B., prays that this Court deny Debtor's Motion to Proceed in Small Claims Court.

Respectfully submitted,

SECURITY BANK, S.B.

DATED: April 30, 2015	BY:  /s/Roger L. Prillaman_____
	Roger L. Prillaman,
	One of It's  Attorneys

Roger L. Prillaman
PRILLAMAN & MOORE, LTD.
220 W. Main Street
Urbana, IL 61801
Phone (217)384-1300

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above instrument was filed electronically with the Court on the 30th day of April, 2015, and that he has determined that the following persons are registered with the Court for electronic filing, and, therefore, will be sent a copy of the pleading by the Court:

- David DeThorne    ddethorne@co.champaign.il.us
- David H Hoff    staci.klayer@usdoj.gov
- Steven Anthony Milburn    smilburn@giffinwinning.com, tmonnat@giffinwinning.com
- Roger L Prillaman    rlprillama@aol.com, lori.prillamanandmoore@gmail.com
- Timothy E Ruppel    tim.ruppel@usdoj.gov, timmy.ruppel@gmail.com
- U.S. Trustee    USTPRegion10.PE.ECF@usdoj.gov
- Kristin Wilson    klwilson111@gmail.com, klw@trustesolutions.com;KLW@trustesolutions.net;cshort345@gmail.com;klw@trustesolutions.net

and by depositing a copy of the foregoing in a U.S. Post Office Box in Urbana, Illinois, enclosed in an envelope with proper postage prepared, addressed to the following in the manner set forth.

Lori Torres
a/k/a Lori Izard
1523 Fairway Drive
Rantoul, IL 61866

BY: ___/s/Roger L. Prillaman_____

PRILLAMAN & MOORE, LTD.
220 W. MAIN STREET
URBANA, IL 61801-2622
PHONE 217/384-1300
FAX 217/384-1318