IN THE UNITED STATES BANKRUPTCY COURT

FOR CENTAL DISTRICT OF ILLINOIS

ADRIENNE D. ATKINS, CLERK
U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
2015 JUL 30 AM 8:16
FILED

| | |
|---|---|
| LORI IZARD-TORRES | ) |
| | ) CASE NO. 11091806 |
| DEBTOR | ) |

### RESPONSE TO OBJECTIONS

Debtor has reviewed the objections made by the Trustee, Security Bank and Illinois Assistive Technology Program. The Debtor has also carefully listened to the Court Hearing from Judge Gorman.

At this time, the Debtor has no response. Awaiting the decision from the Trustee to either abandon assets or prosecute.

*/s/ Lori Izard Torres*

## Certificate of Service

     The undersigned hereby certifies that a copy of the Response was deposited in a U.S. Post Office Box in Rantoul, IL, enclosed in an envelope with proper postage prepared, addressed the following on July 29, 2015:

Roger L. Prillaman
Prillaman & Moore LTD.
220 W Main Street
Urbana, IL 61801

Steven A. Milburn
Giffin, Winning, Cohen & Bodewes, P.C.
One West Old State Capitol Plaza
Suite 600, Myers Building
P O Box 2117
Springfield, IL 62705

Kristen L Wilson
Chapter 7 Trustee
611 6th Street/PO Box 137
Charleston, IL 61920


                                                         /s/Lori Izard Torres, Debtor