**IT IS SO ORDERED.**

**SIGNED THIS: August 12, 2015**

_____
**Mary P. Gorman
United States Chief Bankruptcy Judge**
_____

U.S. BANKRUPTCY COURT
Central District of Illinois

In re:    Lori Torres                                                                Case No.    11-91806

Debtor

### ORDER

A hearing having been held August 12, 2015, on the following matters:

1) Illinois Assistive Technology Program's Objection to Debtor's Claim of Exemptions (Doc. #88)

2) Security Bank's Objection to Debtor's Claim of Exemptions (Doc. #90)

3) Trustee's Objection to Debtor's Claim of Exemptions (Doc. #100)

IT IS ORDERED THAT:

| Matter | Action |
|--------|--------|
| 1, 2, 3 | Denied without prejudice |

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

###